JUDGE NORDBERG
MAGISTRATE JUDGE VALDEZ

08 C 806



**Principal®**
*Financial Group*

H31272

02/01/2006

**GROUP POLICY FOR:**

# PROCESS & FACILITIES SYSTEMS, INC.

**ALL MEMBERS**
**Group Member Life Insurance**

**Print Date: 02/07/2006**



EXHIBIT
*A*

This page left blank intentionally

**PRINCIPAL LIFE INSURANCE COMPANY**
**(called The Principal in this Group Policy)**
**Des Moines, IA 50392-0001**

This group insurance policy is issued to:

**PROCESS & FACILITIES SYSTEMS, INC.**

**(called the Policyholder in this Group Policy)**

The Date of Issue is February 1, 2006.

In return for the Policyholder's application and payment of all premiums when due, The Principal agrees to provide:

**MEMBER LIFE INSURANCE**

**MEMBER ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**

subject to the terms and conditions described in this Group Policy.

*Joyce N. Hoffman*
Senior Vice President and Corporate Secretary

*J. Barry Griswell*
Chairman, President and Chief Executive Officer

Tax Consequences: Receiving Accelerated Benefits from this Group Policy may have tax consequences for the Member. The Principal cannot give the Member advice about this. The Member may wish to obtain advice from a tax professional or an attorney before he or she decides to receive Accelerated Benefits from this Group Policy.

GROUP POLICY NO. GL H31272
RENEWABLE TERM - NON-PARTICIPATING
CONTRACT STATE OF ISSUE: ILLINOIS

GC 100-1                                    TITLE PAGE

## TABLE OF CONTENTS

**PART I - DEFINITIONS**

**PART II - POLICY ADMINISTRATION**

### Section A - Contract

| | |
|---|---|
| Entire Contract | Article 1 |
| Policy Changes | Article 2 |
| Policyholder Eligibility Requirements | Article 3 |
| Policy Incontestability | Article 4 |
| Individual Incontestability | Article 5 |
| Information to be Furnished | Article 6 |
| Certificates | Article 7 |
| Assignments | Article 8 |

### Section B - Premiums

| | |
|---|---|
| Payment Responsibility; Due Dates; Grace Period | Article 1 |
| Premium Rates | Article 2 |
| Premium Rate Changes | Article 3 |
| Premium Amount | Article 4 |
| Contributions from Members | Article 5 |

### Section C - Policy Termination

| | |
|---|---|
| Failure to Pay Premium | Article 1 |
| Termination for Cause | Article 2 |
| Termination Without Regard to Cause | Article 3 |
| Policyholder Responsibility to Members | Article 4 |

### Section D - Policy Renewal

| | |
|---|---|
| Renewal | Article 1 |

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

### Section A - Eligibility

| | |
|---|---|
| Member Life Insurance | Article 1 |
| Member Accidental Death and Dismemberment Insurance | Article 2 |

**Section B - Effective Dates**

Member Life Insurance                                          Article 1
Member Accidental Death and Dismemberment Insurance           Article 2

**Section C - Individual Terminations**

Member Life Insurance                                          Article 1
Member Accidental Death and Dismemberment Insurance           Article 2
Coverage While Outside of the United States                   Article 3

**Section D - Continuation**

Member Life Insurance                                          Article 1

**Section E - Reinstatement**

Reinstatement                                                 Article 1
Federal Required Family and Medical Leave Act (FMLA)          Article 2
Reinstatement of Coverage for a Member When Coverage
Ends due to Living Outside of the United States               Article 3

**Section F - Individual Purchase Rights**

Member Life Insurance                                          Article 1

**PART IV - BENEFITS**

**Section A - Member Life Insurance**

Schedule of Insurance                                         Article 1
Death Benefits Payable                                        Article 2
Beneficiary                                                    Article 3
Facility of Payment                                           Article 4
Settlement of Proceeds                                        Article 5
Member Life Insurance - Coverage During Disability            Article 6
Accelerated Benefits                                          Article 7

**Section B - Member Accidental Death and Dismemberment Insurance**

Schedule of Insurance ............................................. Article 1
Benefit Qualification ............................................. Article 2
Benefits Payable ................................................. Article 3
Seat Belt Benefit ................................................ Article 4
Loss of Use or Paralysis Benefit ................................. Article 5
Loss of Speech and/or Hearing Benefit ............................ Article 6
Public Transportation Benefit .................................... Article 7
Educational Benefit .............................................. Article 8
Limitations ...................................................... Article 9

**Section D - Claim Procedures**

Notice of Claim .................................................. Article 1
Claim Forms ...................................................... Article 2
Proof of Loss .................................................... Article 3
Payment, Denial and Review ....................................... Article 4
Medical Examinations ............................................. Article 5
Autopsy .......................................................... Article 6
Legal Action ..................................................... Article 7
Time Limits ...................................................... Article 8

# PART I - DEFINITIONS

When used in this Group Policy the terms listed below will mean:

**Active Work; Actively at Work**

The active performance of all of a Member's normal job duties at the Policyholder's usual place or places of business.

**Basic Annual Compensation**

On any date, a Member's basic annual (or annual equivalent) wage then in force, as established by the Policyholder. Basic wage does not include commissions, bonuses, tips, or overtime pay.

Basic wage does include any deferred earnings under a qualified deferred compensation plan and any amount of voluntary earnings reduction under a qualified Section 125 Cafeteria Plan.

**Date of Issue**

The date this Group Policy is placed in force: February 1, 2006.

**Dependent Child; Dependent Children**

a.   A Member's natural or legally adopted child, if that child:

    (1)   is not married; and
    (2)   is not in the Armed Forces of any country; and
    (3)   is not insured under this Group Policy as a Member; and
    (4)   is less than 19 years of age.

b.   A Member's stepchild, if that child:

    (1)   meets the requirements in a. (1), (2), (3), and (4) above; and
    (2)   receives principal support from the Member.

c.   A Member's foster child, if that child:

    (1)   meets the requirements in a. (1), (2), (3), and (4) above; and
    (2)   lives with the Member; and
    (3)   receives principal support from the Member; and
    (4)   is approved in writing by The Principal as a Dependent Child.

d.   A Member's child 19 years but less than 25 years of age who otherwise qualifies under

a., b. or c. above, if that child receives principal support from the Member and is a Full-Time Student, as defined in this PART I.

**Full-Time Employee**

Any person who is regularly scheduled to work for the Policyholder for at least 30 hours a week. Work must be at the Policyholder's usual place or places of business or at another place to which an employee must travel to perform his or her regular duties.

**Full-Time Student**

A Member's Dependent Child attending a school that has a regular teaching staff, curriculum and student body and who:

a.   attends school on a full-time basis, as determined by the school's criteria; and

b.   is dependent on the Member for principal support.

**Group Policy**

The policy of group insurance issued to the Policyholder by The Principal which describes benefits and provisions for Members.

**Insurance Month**

Calendar month.

**Member**

Any PERSON who is a Full-time Employee of the Policyholder.

**Physician**

A licensed Doctor of Medicine (M.D.) or Osteopathy (D.O.).

**Policy Anniversary**

February 1, 2007 and the same day of each following year.

**Policyholder**

The entity to whom this Group Policy is issued (see Title Page).

**Proof of Good Health**

Written evidence that a person is insurable under the underwriting standards of The Principal. This proof must be provided in a form satisfactory to The Principal.

**Total Disability; Totally Disabled**

A Member's inability, as determined by The Principal, due to sickness or injury, to perform the majority of the material duties of any occupation for which he or she is or may reasonably become qualified based on education, training or experience.

# PART II - POLICY ADMINISTRATION

## Section A - Contract

**Article 1 - Entire Contract**

This Group Policy, the current Certificate, the attached Policyholder application and any Member application make up the entire contract. The Principal is obligated only as provided in this Group Policy and is not bound by any trust or plan to which it is not a signatory party.

**Article 2 - Policy Changes**

Insurance under this Group Policy runs annually to the Policy Anniversary, unless sooner terminated. No agent, employee, or person other than an officer of The Principal has authority to change this Group Policy, and, to be effective, all such changes must be in writing and signed by an officer of The Principal.

The Principal reserves the right to change this Group Policy as follows:

a.   Any or all provisions of this Group Policy may be amended or changed at any time, including retroactive changes, to the extent necessary to meet the requirements of any law or any regulation issued by any governmental agency to which this Group Policy is subject.

b.   Any or all provisions of this Group Policy may be amended or changed at any time when The Principal determines that such amendment is required for consistent application of policy provisions.

c.   By written agreement between The Principal and the Policyholder, this Group Policy may be amended or changed at any time as to any of its provisions.

Any change to this Group Policy, including, but not limited to, those in regard to coverage, benefits, and participation privileges, may be made without the consent of any Member.

Payment of premium beyond the effective date of the change constitutes the Policyholder's consent to the change.

**Article 3 - Policyholder Eligibility Requirements**

To be an eligible group and to remain an eligible group, the Policyholder must:

# PART II - POLICY ADMINISTRATION

a.   Be actively engaged in business for profit within the meaning of the Internal Revenue code, or be established as a legitimate nonprofit corporation within the meaning of the Internal Revenue code; and

b.   Make at least the level of premium contributions required for insurance on its eligible Members. The Policyholder must:

   (1)   contribute at least 50% of the required premium for all Members (including disabled Members, if any).

c.   If the Member is to contribute part of the premium, maintain the following participation percentages with respect to eligible employees, excluding those for whom Proof of Good Health is not satisfactory to The Principal:

   (1)   Employees:

      -    at least 75% of all eligible employees must enroll.

d.   If the Member is to contribute no part of the premium, 100% of eligible employees must enroll.


**Article 4 - Policy Incontestability**

After this Group Policy has been in force two years, The Principal may not contest its validity except for nonpayment of premium.


**Article 5 - Individual Incontestability**

All statements made by any individual insured under this Group Policy will be representations and not warranties. These statements may not be used to contest an insured person's insurance unless:

a.   the insured person's insurance has been in force for less than two years during the insured's lifetime; and

b.   the statement is in written form signed by the insured person; and

c.   a copy of the form which contains the statement is given to the insured or the insured's beneficiary at the time insurance is contested.

However, these provisions will not preclude the assertion at any time of defenses based upon the person's ineligibility for insurance under this Group Policy or upon the provisions of this Group Policy.


**PART II - POLICY ADMINISTRATION**

In addition, if an individual's age is misstated, The Principal may at any time adjust premium and benefits to reflect the correct age.

## Article 6 - Information to be Furnished

The Policyholder must, upon request, give The Principal all information needed to administer this Group Policy. If a clerical error is found in this information, The Principal may at any time adjust premium to reflect the facts. An error will not invalidate insurance that would otherwise be in force. Neither will an error continue insurance that would otherwise be terminated.

The Principal may inspect, at any reasonable time, all Policyholder records which relate to this Group Policy.

## Article 7 - Certificates

The Principal will give the Policyholder Certificates for delivery to insured Members. The Certificates will be evidence of insurance and will describe the basic features of the coverage. They will not be considered a part of this Group Policy.

## Article 8 - Assignments

No assignments of Member Life Insurance will be allowed under this Group Policy.

**PART II - POLICY ADMINISTRATION**

## Section B - Premiums

### Article 1 - Payment Responsibility; Due Dates; Grace Period

The Policyholder is responsible for payment of all premiums due while this Group Policy is in force. Payments must be sent to The Principal's home office in Des Moines, Iowa.

The first premium is due on the Date of Issue of this Group Policy. Each premium thereafter will be due monthly. Except for the first premium, a Grace Period of 31 days will be allowed for payment of premium. "Grace Period" means the first 31-day period following a premium due date. The Group Policy will remain in force until the end of the Grace Period, unless the Group Policy has been terminated by notice as described in this PART II, Section C. The Policyholder will be liable for payment of the premium for the time this Group Policy remains in force during the Grace Period.

### Article 2 - Premium Rates

The premium rate for each Member insured for Life Insurance will be:

a.  Member Life Insurance
    $0.15 for each $1,000 of insurance in force.

b.  Member Accidental Death and Dismemberment Insurance
    $0.025 for each $1,000 of Member Life Insurance in force.

### Article 3 - Premium Rate Changes

The Principal may change a premium rate:

a.  on any premium due date, if the initial rate has then been in force 36 months or more and if written notice is given to the Policyholder at least 31 days before the date of change; and
b.  on any date the definition of Member is changed; and
c.  on any date the Policyholder's business, as specified on the Policyholder application, is changed; and
d.  on any date that a schedule of insurance or class of insured Members is changed; and
e.  with respect to Member Life Insurance, on any Policy Anniversary, if the average age, average Scheduled Benefit amount, or the male/female distribution for then insured Members has changed since the last Policy Anniversary; and
f.  on any Policy Anniversary, if the volume of insurance for then insured Members has increased or decreased by more than 25% since the last Policy Anniversary.

## PART II - POLICY ADMINISTRATION

**Article 4 - Premium Amount**

The amount of premium to be paid on each due date will be determined in these ways:

a.  Member Life Insurance
    The total volume of insurance in force will be divided by 1,000. The result will then be multiplied by the premium rate then in effect.

b.  Member Accidental Death and Dismemberment Insurance
    The total volume of insurance in force will be divided by 1,000. The result will then be multiplied by the premium rate then in effect.

If a Member is added or a present Member's insurance is increased or terminated on other than the first of an Insurance Month, premium for that Member will be adjusted and applied as if the change were to take place on the first of the next following Insurance Month.

**Article 5 - Contributions from Members**

Members are not required to contribute a part of the premium for their Basic insurance under this Group Policy.

**PART II - POLICY ADMINISTRATION**

## Section C - Policy Termination

**Article 1 - Failure to Pay Premium**

This Group Policy will terminate at the end of a Grace Period if total premium due has not been received by The Principal before the end of the Grace Period. Failure by the Policyholder to pay the premium within the Grace Period will be deemed notice by the Policyholder to The Principal to discontinue this Group Policy at the end of the Grace Period.

**Article 2 - Termination for Cause**

The Principal may terminate this Group Policy for cause by giving the Policyholder 31 days advance notice in writing, with "cause" defined to be:

a.    the Policyholder ceases to be an eligible group as described in this PART II, Section A; or
b.    the Policyholder has made a material misrepresentation to or committed an act of fraud against The Principal.

**Article 3 - Termination without Regard to Cause**

The Policyholder may terminate coverage under this Group Policy effective on the day before any premium due date by giving written notice to The Principal prior to that premium due date. The Policyholder's issuance of a stop-payment order for any amounts used to pay premiums for the Policyholder's insurance will be considered written notice from the Policyholder.

The Principal may terminate this Group Policy without regard to cause by giving the Policyholder 31 days advance notice in writing.

The Principal may terminate the Policyholder's coverage on any premium due date if the Policyholder relocates to a state where this Group Policy is not marketed, by giving the Policyholder 31 days advance notice in writing.

**Article 4 - Policyholder Responsibility to Members**

If this Group Policy terminates for any reason, the Policyholder must:

a.    notify each Member of the effective date of the termination; and
b.    refund or otherwise account to each Member all contributions received or withheld from

## PART II - POLICY ADMINISTRATION

Members for premiums not actually paid to The Principal.

**PART II - POLICY ADMINISTRATION**

## Section D - Policy Renewal

**Article 1 - Renewal**

Insurance under this Group Policy runs annually to the Policy Anniversary, unless sooner terminated.

While this Group Policy is in force, and subject to the provisions in this PART II, Section C, the Policyholder may renew at the applicable premium rates in effect on the Policy Anniversary.

**PART II - POLICY ADMINISTRATION**

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

### Section A - Eligibility

**Article 1 - Member Life Insurance**

A person will be eligible for Member Life Insurance on:

a.   the Date of Issue of this Group Policy, if the person is a Member on that date; or
b.   the first of the Insurance Month coinciding with or next following the date the person completes one month of continuous Active Work as a Member.

**Article 2 - Member Accidental Death and Dismemberment Insurance**

A person will be eligible for Member Accidental Death and Dismemberment Insurance on the later of:

a.   the date the person is eligible for Member Life Insurance; or
b.   the date Member Accidental Death and Dismemberment is added to this Group Policy.

**Section B - Effective Dates**

**Article 1 - Member Life Insurance**

a. **Actively at Work**

A Member's effective date for Member Life Insurance will be as explained in this article, if the Member is Actively at Work on that date. If the Member is not Actively at Work on the date insurance would otherwise be effective, such insurance will not be in force until the day of return to Active Work.

However, this Actively at Work requirement will be waived for Members who:

(1)    are absent from Active Work because of a regularly scheduled day off, holiday, or vacation day; and
(2)    were Actively at Work on their last scheduled work day before the date of their absence; and
(3)    were capable of Active Work on the day before the scheduled effective date of their insurance or change in their insurance, whichever is applicable.

b. **Effective Date for Initial Noncontributory Insurance When Proof of Good Health is not Required**

Unless Proof of Good Health is required (see d. and e. below), insurance for which the Member contributes no part of premium will be in force on the date the Member is eligible.

c. **Effective Date for Initial Contributory Insurance When Proof of Good Health is not Required**

If a Member is to contribute a part of premium, insurance must be requested in a form provided by The Principal. Unless Proof of Good Health is required (see d. and e. below), the requested insurance will be in force on:

(1)    the date the Member is eligible, if the request is made on or before that date; or
(2)    the first of the Insurance Month coinciding with or next following the date of the Member's request, if the request is made within 31 days after the date the Member is eligible.

If the request is made more than 31 days after the date the Member is eligible, Proof of Good Health will be required before insurance can be in force (see d. and e. below).

d. **Effective Date for Initial Insurance When Proof of Good Health is Required**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

Insurance for which Proof of Good Health is required (see e. below) will be in force on the later of:

    (1)    the date insurance would have been effective if Proof of Good Health had not been required; or

    (2)    the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

**e.    Proof of Good Health Requirements**

The type and form of required Proof of Good Health will be determined by The Principal. A Member must submit Proof of Good Health:

    (1)    If insurance for which a Member contributes a part of premium is requested more than 31 days after the date the Member is eligible. The Member must pay the cost of obtaining proof in this instance.

    (2)    If a Member has failed to provide required Proof of Good Health or has been refused insurance under this Group Policy at any prior time. The Member must pay the cost of obtaining proof in this instance.

    (3)    If a Member elects to terminate insurance and, more than 31 days later, requests to be insured again. The Member must pay the cost of obtaining proof in this instance.

    (4)    To make effective any Scheduled Benefit amounts for the Member that are, initially or through later increases, in excess of $100,000.

    The Principal will pay any reasonable cost of Proof of Good Health required in this instance.

**f.    Effective Date for Benefit Changes - Change in Member Status**

A change in a Member's Scheduled Benefits because of a change in the Member's status (Basic Annual Compensation or insurance class) for which Proof of Good Health is not required (see e. above) will normally be effective on the first of the Insurance Month coinciding with or next following the date of the change in status. However, if the Member is not Actively at Work on the date a Scheduled Benefit change would otherwise be effective, the Scheduled Benefit change will not be in force until the date the Member returns to Active Work. Any decrease of Scheduled Benefits due to a change in a Member's status (Basic Annual Compensation or insurance class) will be effective on the date noted above, whether or not the Member is Actively at Work.

Any termination of Scheduled Benefits due to a change in a Member's status (Basic Annual Compensation or insurance class) will be effective on the date noted above, whether or not the Member is Actively at Work.

A change in a Member's Scheduled Benefits because of a change in the Member's status (Basic Annual Compensation or insurance class) for which Proof of Good Health

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

is required (see e. above) will be effective on the later of:

(1)   the date the change would have been effective if Proof of Good Health had not been required; or

(2)   the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

**g.   Effective Date for Benefit Changes - Change by Policy Amendment or Endorsement**

A change in the amount of a Member's Scheduled Benefits because of a change in the Schedule of Insurance (as described in PART IV, Section A) by amendment or endorsement to this Group Policy for which Proof of Good Health is not required (see e. above) will be effective on the date of change. However, if the Member is not Actively at Work on the date an increase in the Scheduled Benefit would otherwise be effective, the Scheduled Benefit in force for the Member before the change will continue to apply to the Member until the day of return to Active Work. When the Member returns to Active Work, the Scheduled Benefit increase will then be in force for the Member. Any decrease of Scheduled Benefits due to a change by amendment or endorsement to this Group Policy will be effective on the date of change, whether or not the Member is Actively at Work.

A change in the amount of a Member's Scheduled Benefits because of a change in the Schedule of Insurance (as described in PART IV, Section A) by amendment or endorsement to this Group Policy for which Proof of Good Health is required (see e. above) will be effective on the later of:

(1)   the date the change would have been effective if Proof of Good Health had not been required; or

(2)   the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.

**h.   Effective Date for Benefit Changes - Change due to Member Request**

A change in a Member's Scheduled Benefits because of a request by the Member for which Proof of Good Health is not required (see e. above) will normally be effective on the first of the Insurance Month coinciding with or next following the date of the request. However, if the Member is not Actively at Work on the date a Scheduled Benefit change would otherwise be effective, the Scheduled Benefit change will not be in force until the date the Member returns to Active Work. Any decrease of Scheduled Benefits due to a request by the Member will be effective on the date noted above, whether or not the Member is Actively at Work.

A change in a Member's Scheduled Benefits because of a request by the Member for which Proof of Good Health is required (see e. above) will be effective on the later of:

(1)   the date the change would have been effective if Proof of Good Health had not

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

been required; or

(2)    the first of the Insurance Month coinciding with or next following the date Proof of Good Health is approved by The Principal.


**Article 2 - Member Accidental Death and Dismemberment Insurance**

Member Accidental Death and Dismemberment Insurance will be effective under the same terms as set forth for Member Life Insurance in this Section B, Article 1. However, in no event will Member Accidental Death and Dismemberment Insurance be in force for a Member who is not insured for Member Life Insurance.

Any change in a Member's Scheduled Benefit will be as stated in this Section B, Article 1.


**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

## Section C - Individual Terminations

### Article 1 - Member Life Insurance

A Member's insurance under this Group Policy will terminate on the earliest of:

a.   the date this Group Policy is terminated; or
b.   the end of the Insurance Month for which the last premium is paid for the Member's insurance; or
c.   the end of any Insurance Month, if requested by the Member before that date; or
d.   the end of the Insurance Month in which the Member ceases to be a Member as defined in PART I; or
e.   the end of the Insurance Month in which the Member ceases to be in a class for which Member Life Insurance is provided; or
f.   the end of the Insurance Month in which the Member ceases Active Work.

### Article 2 - Member Accidental Death and Dismemberment Insurance

A Member's Accidental Death and Dismemberment Insurance under this Group Policy will terminate on the earliest of:

a.   the date his or her Member Life Insurance ceases; or
b.   the date Member Accidental Death and Dismemberment Insurance is removed from this Group Policy; or
c.   the end of the Insurance Month in which the Member ceases to be in a class for which Member Accidental Death and Dismemberment Insurance is provided; or
d.   the end of the Insurance Month for which the last premium is paid for the Member's Accidental Death and Dismemberment Insurance.

### Article 3 - Coverage While Outside of the United States

If a Member is outside the United States, coverage for the person concerned will automatically terminate. However, the Member will continue to be eligible for benefits provided under this Group Policy if he or she is temporarily outside of the United States for one of the following reasons:

a.   travel, provided the travel is for a reason other than securing health care diagnosis or treatment; or
b.   a business assignment

provided the Member is temporarily outside the United States for a period of six months or less.

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

## Section D - Continuation

### Article 1 - Member Life Insurance

**a.  Sickness or Injury (Other Than Total Disability)**

If Active Work ends because a Member is sick or injured but not Totally Disabled, insurance for that Member may be continued until the earlier of:

(1)  the date insurance would otherwise cease as provided in this PART III, Section C; or

(2)  the end of the Insurance Month in which the Member recovers.

If continuation is elected pursuant to the Federal Family and Medical Leave Act (FMLA), this continuation is in addition to any continuation authorized under the FMLA, if any, and will be concurrent with the FMLA continuation period.

**b.  Layoff or Approved Leave of Absence**

If Active Work ends because a Member is on layoff or approved leave of absence, insurance for that Member may be continued until the earliest of:

(1)  the date insurance would otherwise cease as provided in this PART III, Section C; or

(2)  the end of the Insurance Month in which the layoff or approved leave of absence ends; or

(3)  the date the Member becomes eligible for any other group life coverage; or

(4)  the date one month after the end of the Insurance Month in which Active Work ends.

If continuation is elected pursuant to the Federal Family and Medical Leave Act (FMLA), this continuation is in addition to any continuation authorized under the FMLA, if any, and will be concurrent with the FMLA continuation period.

**c.  State Required - ILLINOIS**

**(1)  Qualification for Continuation**

A Member may continue insurance under this Group Policy, by paying the required premium, if the Member is Totally Disabled on the date insurance would otherwise cease.

**(2)  Continuation Period**

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

Insurance for a Member who qualifies as set forth above may be continued until the earlier of:

-   the end of the Insurance month in which the Member's insurance has been continued for nine months; or
-   the date this Group policy is terminated; except that if Total Disability begins prior to attainment of age 60 and while the Member is insured, insurance may be continued after termination of the Group Policy until the end of the Insurance Month nine months after the Total Disability began.

If continuation is elected pursuant to the Federal Family and Medical Leave Act (FMLA), this continuation is in addition to any continuation authorized under the FMLA, if any, and will be concurrent with the FMLA continuation period.

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

**Section E - Reinstatement**

**Article 1 - Reinstatement**

A Member's terminated insurance will be reinstated if:

a.    insurance ceased because of layoff or approved leave of absence; and
b.    the Member returns to Active Work for the Policyholder within six months of the date
      insurance ceased.

The Member's reinstated insurance will be in force on the first of the Insurance Month
coinciding with or next following the date of return to work. However, the Actively at Work
provisions discussed in this PART III, Section B, will apply. Also, Proof of Good Health will
be required to place in force any Scheduled Benefit that would have been subject to Proof of
Good Health had the Member remained continuously insured.

Only the period of time during which a Member is actually insured will be included in
determining the length of his or her continuous coverage under this Group Policy. For this
purpose the period of time during which a reinstated Member's insurance was not in force:

a.    will not be considered an interruption of continuous coverage; and
b.    will not be used to satisfy any provision of this Group Policy which pertains to a period
      of continuous coverage.

In addition, a longer reinstatement period may be allowed for an approved leave of absence
taken in accordance with the provisions of the federal law regarding the Uniformed Services
Employment and Reemployment Rights Act of 1994 (USERRA).

**Article 2 - Federal Required Family and Medical Leave Act (FMLA)**

A Member's terminated insurance may be reinstated in accordance with the provisions of the
Federal Family and Medical Leave Act (FMLA), subject to the Actively at Work provision
discussed in this PART III, Section B.

**Article 3 - Reinstatement of Coverage for a Member When Coverage Ends due to
Living Outside of the United States**

If coverage for a Member terminates because the person is outside of the United States as
discussed in this PART III, Section C, Coverage While Outside of the United States, the
Member may become eligible again for coverage under this Group Policy, but only if:

a.    the Member returns to the United States within three months of the date on which

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

coverage terminated because the person is outside of the United States; and

b.    the Member returns to Active Work in the United States for the Policyholder for a period of at least 30 consecutive days. The Member will be eligible for coverage on the day immediately following completion of the 30 consecutive days of Active Work.

The reinstated coverage will be on the same basis as that being provided on the date coverage is reinstated. However, any restrictions on this coverage which were in effect before reinstatement will continue to apply. If the Member does not complete the 30 consecutive days of residence, the coverage for such person will not be reinstated.

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

## Section F - Individual Purchase Rights

### Article 1 - Member Life Insurance

**a.    Individual Policy**

If a Member qualifies and makes timely application, he or she may convert the group coverage by purchasing an individual policy of life insurance under these terms:

(1)    The Member will not be required to submit Proof of Good Health.
(2)    The policy will be for life insurance only. No disability or other benefits will be included.
(3)    The policy will be on one of the forms, other than term insurance, then issued by The Principal to persons in the risk class to which the Member belongs on the individual policy's effective date.
(4)    Premium will be based on the Member's age and The Principal's standard rate for the policy form to be issued.

**b.    Purchase Qualification**

A Member will qualify for individual purchase if insurance under this Group Policy terminates and:

(1)    the Member's total Member Life Insurance, or any portion of it, terminates because he or she ends Active Work or ceases to be in a class eligible for insurance; or
(2)    after the Member has been continuously insured under this Group Policy for at least five years, his or her total Member Life Insurance terminates because this Group Policy terminates or is amended to exclude the Member's insurance class; or
(3)    the Member's Coverage During Disability as described in PART IV, Section A, ceases because Total Disability ends and he or she does not return to Active Work within 31 days; or
(4)    the Member's Accelerated Benefits Premium Waiver Period as described in PART IV, Section A, ceases and he or she does not qualify for Coverage During Disability.

**c.    Application/Effective Date**

Notice of the individual purchase right must be given to the Member by the Policyholder before insurance under this Group Policy terminates, or as soon as reasonably possible thereafter.

A Member must apply for individual purchase and the first premium for the individual

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

policy must be paid to The Principal within 31 days after the date Member Life Insurance or Coverage During Disability terminates under this Group Policy.

Any individual policy issued will then be in force on the 32nd day after such termination date.

**d.    Individual Policy Amount**

The amount of insurance that may be purchased may vary:

(1)    If termination is as described in b. (1) above, the maximum amount will be the Member Life Insurance benefit in force on the date of termination or the portion of Member Life Insurance that has terminated, less any individual policy amount purchased earlier under this Article 1, and less any Accelerated Benefit payment and Accumulated Interest Charges as described in PART IV, Section A, Article 7.

(2)    If termination is as described in b. (2) above, the maximum amount will be the lesser of:
-    $10,000; or
-    the Member Life Insurance benefit in force on the date of termination, less any Accelerated Benefit payment and Accumulated Interest Charges as described in PART IV, Section A, Article 7 and less the amount for which the Member becomes eligible under any group policy within 31 days.

(3)    If termination is as described in b. (3) above, the maximum amount will be the Coverage During Disability benefit in force on the date Total Disability ceases, less any individual policy amount purchased earlier under this Article 1, and less any Accelerated Benefit payment and Accumulated Interest Charges as described in PART IV, Section A, Article 7.

(4)    If termination is as described in b. (4) above, the maximum amount will be the Member Life Insurance benefit in force on the date Member ceases Active Work, less any individual policy amount purchased earlier under this Article 1, and less any Accelerated Benefit payment and Accumulated Interest Charges as described in PART IV, Section A, Article 7.

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

## PART IV - BENEFITS

### Section A - Member Life Insurance

### Article 1 - Schedule of Insurance

Subject to the Effective Date provisions of PART III, Section B, and the qualifying provisions of this Section A, the Scheduled Benefit for an insured Member will be:

| Class | *Basic Scheduled Benefit |
|---|---|
| All Members | The amount that is equal to 2 times the Member's Basic Annual Compensation (this amount will be rounded to the next higher $1,000, if it is not already an exact multiple of $1,000). A Member's Scheduled Benefit amount will not exceed $250,000 or be less than $15,000, subject to the reduction provision below. |

However, if a Member has received any payments under the Accelerated Benefits provision as described in Section A, Article 7, the Scheduled Benefit will be reduced by the amount of such payment plus any Accumulated Interest Charges.

*The Scheduled Benefit for an insured Member is subject to the Proof of Good Health requirements as shown in PART III, Section B, Article 1. Because of the Proof of Good Health requirements, the amount of insurance for which a Member is approved by The Principal may be different than the Scheduled Benefit. If the approved amount of insurance is different than the Scheduled Benefit, the approved amount will apply to the Member.

For the age(s) shown below, the amount of a Member's insurance will be the percentage of the Scheduled Benefit (or approved amount, if applicable) as shown below.

| Age | % of Scheduled Benefit (or approved amount, whichever applies) |
|---|---|
| Age 65 but less than age 70 | 65% |
| Age 70 and over | 50% |

The Principal may rely on the Policyholder for certification of the amount of compensation or insurance.

### PART IV - BENEFITS

**Article 2 - Death Benefits Payable**

If a Member dies while insured for Member Life Insurance under this Group Policy, The Principal will pay his or her beneficiary the Scheduled Benefit in force on the date of death; less any Accelerated Benefit payment and Accumulated Interest Charges as described in PART IV, Section A, Article 7. However, if a beneficiary is suspected or charged with the Member's death, the Death Benefits Payable may be withheld until additional information has been received or the trial has been held.

If a Member who was insured dies within the 31-day individual purchase period described in PART III, Section F, The Principal will pay his or her beneficiary the individual policy amount, if any, the Member had the right to purchase.

No payment will be made before The Principal receives written proof of the Member's death.

**Article 3 - Beneficiary**

A beneficiary should be named at the time a Member applies or enrolls under this Group Policy. A Member may later change a named beneficiary by sending a written request to The Principal. A change will not be effective until recorded by The Principal. Once recorded, the change will apply as of the date the request was signed. If any benefit is properly paid by The Principal before a change request is received, that payment may not be contested. Further:

a.  The naming of a new beneficiary in an application for individual purchase under PART III, Section F, Article 1, will be treated as a beneficiary change request under this Group Policy.
b.  If a Member's terminated insurance is reinstated, his or her beneficiary will be as recorded on the date of termination.

**Article 4 - Facility of Payment**

If any of the below occur, benefits will be paid as stated. All such payments will discharge The Principal to the full extent of those payments.

a.  If a beneficiary is found guilty of the Member's death, such beneficiary may be disqualified from receiving any benefit due. Payment may then be made to any contingent beneficiary or to the executor or administrator of the Member's estate.
b.  Any benefit due a beneficiary who dies before the Member's death will be paid in equal shares to the Member's surviving beneficiaries.
c.  If a beneficiary dies at the same time or within 15 days after the Member dies, but before The Principal receives written proof of the Member's death, payment will be made as if the Member survived the beneficiary.
d.  If no beneficiary survives the Member or if the Member has not named a beneficiary, payment will be made in the following order of precedence as numbered:
    (1)  to the Member's spouse

**PART IV - BENEFITS**

(2)   to the Member's children born to or legally adopted by the Member
(3)   to the Member's parents
(4)   to the Member's brothers and sisters
(5)   if none of the above, to the executor or administrator of the Member's estate.
e.   If The Principal believes a person is not legally able to give a valid receipt, as determined by The Principal, for a payment, and no guardian has been appointed, The Principal may pay whoever has assumed the care and support of the person.


## Article 5 - Settlement of Proceeds

When The Principal receives written proof of the Member's death, the Scheduled Benefit in force for the Member will be placed in an interest-bearing draft account. The account balance will be available to the beneficiary at any time, in total or in part, subject to the following terms:

a.   withdrawals must be made by draft furnished by The Principal; and
b.   the draft amount must be at least $500 or more and may not exceed the account balance; and
c.   if the account balance falls below $500, the balance will be paid to the beneficiary in a lump sum and the account closed; and
d.   the account cannot be assigned or used as collateral.

The Interest Draft Account will not be available if the Scheduled Benefit amount payable is $5,000 or less; or if the beneficiary is anything other than a natural person. In these instances, a lump sum payment will be made.

In the event the Interest Draft Account is not available or otherwise does not apply, The Principal reserves the right to make payment of proceeds according to other settlement options if agreed to, in writing, by The Principal.

Payment of benefits will be subject to the Beneficiary and Facility of Payment provisions of this PART IV, Section A.


## Article 6 - Member Life Insurance - Coverage During Disability

A Member may be eligible to continue his or her Member Life Insurance and Member Accidental Death and Dismemberment Insurance coverage during the Member's Total Disability.

**a.   Coverage Qualification**

To be qualified for Coverage During Disability, a Member must:

(1)   become Totally Disabled while insured for Member Life Insurance; and


**PART IV - BENEFITS**

(2)   become Totally Disabled prior to the earlier of retirement or attainment of age 60; and

(3)   remain Totally Disabled continuously; and

(4)   be under the regular care and attendance of a Physician; and

(5)   send proof of Total Disability to The Principal when required; and

(6)   submit to Physicians' examinations when required; and

(7)   return to The Principal, without claim, any individual policy issued under his or her Individual Purchase Rights as described in PART III, Section F, Article 1. Upon return of such policy, The Principal will refund premiums paid, less dividends and less any outstanding policy loan balance.

**b.   Proof of Total Disability**

Written proof of Total Disability must be sent to The Principal within one year of the date Total Disability begins. Further proof that Total Disability has not ended must be sent when The Principal requires. After Total Disability has continued for two years from the date the first proof is received, The Principal may not ask for further proof more than once each year.

If the Member dies while Totally Disabled, final proof that Total Disability continued to the date of death must be sent to The Principal. If death occurs within one year of the start of Total Disability, but before The Principal has received first proof, then final proof must be sent within one year of the date Total Disability began.

**c.   Medical Examinations**

The Principal may require that a Totally Disabled Member be examined by a Physician. After Total Disability has continued two years from the date first proof of Total Disability is received, examinations may not be required more than once each year.

The Principal will pay for required examinations and will choose the Physician to perform them.

**d.   Effective Dates and Premium Waiver**

Coverage During Disability will be effective for a qualified Member on the earlier of:

(1)   the date nine months after the date the Member becomes Totally Disabled; or

(2)   the date the Member dies.

Premium will not be charged for Member Life Insurance and Member Accidental Death and Dismemberment Insurance while the Member's Coverage During Disability is in force.

**e.   Benefits Payable**

## PART IV - BENEFITS

If death occurs while Coverage During Disability is in force, The Principal will pay the Member's beneficiary the Member Life Insurance benefit amount that would have been paid had the Member remained insured under the Schedule of Insurance in force on the date Total Disability began.

Such benefit shall be subject to any reduction provided under the Schedule.

However, NO BENEFIT WILL BE PAID if written proof of Total Disability is not sent to The Principal within one year of the date Total Disability began. Failure to give written proof within the time specified will not invalidate or reduce any claim if written proof is given as soon as reasonably possible. Further, if a death benefit is paid, under this section of the Group Policy, it will be in place of all other Member Life Insurance benefits provided under this Group Policy.

**f.    Termination (Premium Waiver)**

Coverage During Disability will cease on the earliest of:

(1)    the date the Member's Total Disability ends; or
(2)    the date the Member fails to send The Principal any required proof of Total Disability; or
(3)    the date the Member ceases to be under the regular care and attendance of a Physician; or
(4)    the date the Member fails to submit to a required Physician's examination; or
(5)    the date the Member attains age 70.

**Article 7 - Accelerated Benefits**

**a.    Definition of Terminally Ill**

A Member will be considered Terminally Ill under this article of this Group Policy if he or she has experienced a Qualifying Event and is expected to die within twelve months of the date he or she requests payment of Accelerated Benefits.

**b.    Definition of Qualifying Event**

A Qualifying Event is a medical condition which would, in the absence of extensive or extraordinary medical treatment, result in a drastically limited life span. Such conditions may include, BUT ARE NOT LIMITED TO, one or more of the following:

(1)    coronary artery disease resulting in an acute infarction or requiring surgery;
(2)    permanent neurological deficit resulting from cerebral vascular accident;
(3)    end stage renal failure; or
(4)    acquired immune deficiency syndrome (AIDS).

**PART IV - BENEFITS**

**c.    Accelerated Benefits Qualification**

To be qualified for an Accelerated Benefit payment, a Member must:

(1)    be Terminally Ill and insured for a Member Life Insurance benefit of at least $10,000; and
(2)    send a request for Accelerated Benefit payment to The Principal; and
(3)    provide proof satisfactory to The Principal that he or she is Terminally Ill

**d.    Proof of Terminal Illness**

Proof that a Member is Terminally Ill will consist of:

(1)    a statement from the Member's Physician; and
(2)    any other medical information that The Principal believes necessary to confirm the Member's status.

**e.    Benefit Payable**

The Principal will pay a Member who is qualified for Accelerated Benefits whatever amount he or she requests; except that:

(1)    only one Accelerated Benefit payment will be made during the Member's lifetime; and
(2)    the amount requested must be at least $5,000; and
(3)    in no event will payment exceed 75% of the Member Life Insurance benefit in force.

The Accelerated Benefit payment will be made in a lump sum.

**f.    Effect on Member Life Insurance Benefits**

If an Accelerated Benefit is paid, the Member Life Insurance benefit otherwise payable upon the Member's death will be reduced by the sum of:

(1)    the Accelerated Benefit payment; plus
(2)    Accumulated Interest Charges.

**g.    Accumulated Interest Charges**

Interest will be charged for each day of the period from the date of an Accelerated Benefit payment to the date of the Member's death, but not more than two years. This interest will be calculated by applying a daily rate (equivalent to 8% per year) to the amount of the Accelerated Benefit payment.

**h.    Premium Waiver Period**

**PART IV - BENEFITS**

A premium waiver period will be established on the date The Principal pays an Accelerated Benefit to a Member. This period will end on the earlier of the Member's death or the date two years after the date of the Accelerated Benefit payment.

During a premium waiver period:

(1)   there will be no Member Life Insurance premium charge for the Member; and
(2)   Member Life Insurance will not be terminated if the Member ceases Active Work because of his or her Terminal Illness.

**PART IV - BENEFITS**

**Section B - Member Accidental Death and Dismemberment Insurance**

**Article 1 - Schedule of Insurance**

Subject to the Effective Date provisions of PART III, Section B, and the qualifying provisions of this Section B, the Scheduled Benefit for an insured Member will be:

| Class | *Basic Scheduled Benefit |
|---|---|
| All Members | The amount that is equal to 2 times the Member's Basic Annual Compensation (this amount will be rounded to the next higher $1,000, if it is not already an exact multiple of $1,000). A Member's Scheduled Benefit amount will not exceed $250,000 or be less than $15,000, subject to the reduction provision below. |

*The Scheduled Benefit for an insured Member is subject to the Proof of Good Health requirements as shown in PART III, Section B, Article 1. Because of the Proof of Good Health requirements, the amount of insurance for which a Member is approved by The Principal may be different than the Scheduled Benefit. If the approved amount of insurance is different than the Scheduled Benefit, the approved amount will apply to the Member.

For the age(s) shown below, the amount of a Member's insurance will be the percentage of the Scheduled Benefit (or approved amount, if applicable) as shown below.

| Age | % of Scheduled Benefit (or approved amount, whichever applies) |
|---|---|
| Age 65 but less than age 70 | 65% |
| Age 70 and over | 50% |

The Principal may rely on the Policyholder for certification of the amount of compensation or insurance.

**Article 2 - Benefit Qualification**

To qualify for benefit payment, all of the following must occur:

a.    The Member must be injured while insured for Member Accidental Death and Dismemberment Insurance under this Group Policy; and

**PART IV - BENEFITS**

b.   the injury must be caused by accident; and
c.   the injury must be the direct and sole cause of a loss listed in this Section B, Article 3; and
d.   the loss must occur within 365 days of the injury; and
e.   the limitations listed in this Section B, Article 9, must not apply; and
f.   claim requirements listed in this PART IV, Section D, must be satisfied; and
g.   all medical evidence must be satisfactory to The Principal.

## Article 3 - Benefits Payable

If all of the benefit qualifications are met, The Principal will pay:

a.   100% of the Scheduled Benefit (or approved amount, if applicable) in force for loss of life; or
b.   50% of the Scheduled Benefit (or approved amount, if applicable) in force if one hand is severed at or above the wrist; or
c.   50% of the Scheduled Benefit (or approved amount, if applicable) in force if one foot is severed at or above the ankle; or
d.   50% of the Scheduled Benefit (or approved amount, if applicable) in force if the sight of one eye is permanently lost (For this purpose, vision not correctable to better than 20/200 will be considered loss of sight.); or
e.   100% of the Scheduled Benefit (or approved amount, if applicable) in force for more than one of the losses listed in b., c., or d. above.

Total payment for all losses that result from the same accident will not exceed the Scheduled Benefit. Payment for loss of life will be to the beneficiary named for Member Life Insurance. Payment for any other loss will be to the Member. Payment will be subject to the Beneficiary, Facility of Payment and Settlement of Proceeds provisions of this PART IV, Section A.

## Disappearance

It will be presumed that a Member has lost his or her life if:

a.   the Member's body has not been found within 365 days after the disappearance of a conveyance in which the Member was an occupant at the time of disappearance; and

b.   the disappearance of the conveyance was due to its accidental wrecking or sinking; and

c.   the Group Policy would have covered the injury resulting from the accident.

## Exposure

**PART IV - BENEFITS**

GC 154 IL-2                **Section B - Member Accidental Death and
Dismemberment Insurance, Page 2**

Exposure to the elements will be presumed to be an injury if:

a.   such exposure is due to an accidental bodily injury; and

b.   within 365 days after the injury, the Member incurs a loss that is the result of the exposure; and

c.   the Group Policy would have covered the injury resulting from the accident.

## Article 4 - Seat Belt Benefit

If the Member loses his or her life as a result of an accidental injury sustained while driving or riding in an Automobile, an additional benefit of $10,000 will be paid to the beneficiary named for Member Life Insurance, provided all Benefit Qualifications as described in Article 2 are met and:

a.   the Automobile is equipped with factory installed Seat Belts; and
b.   the Seat Belt was in actual use by the Member and properly fastened at the time of the accident; and
c.   the position of the Seat Belt is certified in the official report of the accident or by the investigating officer.

This additional benefit payment will also apply if the Member was driving an Automobile equipped with a proper functioning air bag, although the Member's Seat Belt may not have been fastened at the time of the accident. The proper functioning and/or deployment of the air bag must be certified in the official report of the accident or by the investigating officer.

For the purpose of this benefit, "Automobile" means a four-wheel passenger vehicle, station wagon, pick-up truck, or van-type vehicle, but excludes recreational-type vehicles such as a "dune-buggy" or an "all-terrain" vehicle.

The term "Seat Belt" means a factory installed device that forms an occupant restraint and injury avoidance system.

## Article 5 - Loss of Use or Paralysis Benefit

If a Member sustains an injury, and as a result of such injury, one or more of the covered losses listed below are incurred, The Principal will pay the following percentages of the Member's Scheduled Benefit (or approved amount, if applicable) in force, provided all Benefit Qualifications as described in Article 2 are met.

| Covered Loss | % of Scheduled Benefit |
|---|---|
| | |

## PART IV - BENEFITS

| | | |
|---|---|---|
| **Loss of Use or Paralysis** | Quadriplegia | 100% |
| | Paraplegia | 50% |
| | Hemiplegia | 50% |
| | Both Hands or Both Feet | 50% |
| | One Hand and One Foot | 50% |
| | One Arm or One Leg | 25% |
| | One Hand or One Foot | 25% |

The Principal does not pay an Accidental Death and Dismemberment benefit for any paralysis caused by a stroke.

Paralysis must be determined by a Physician to be permanent, complete and irreversible.

Total payment for all losses that result from the same accident will not exceed the Scheduled Benefit (or approved amount, if applicable). Payment for loss will be to the Member. Payment will be subject to the Beneficiary, Facility of Payment and Settlement of Proceeds provisions of this PART IV, Section A.

For this benefit, the term "Loss of Use" means a total and irrevocable loss of voluntary movement which has continued for 12 consecutive months. The term "Quadriplegia" means total paralysis of all four limbs. The term "Paraplegia" means total paralysis of both lower limbs. The term "Hemiplegia" means paralysis of one arm and one leg on the same side of the body.

### Article 6 - Loss of Speech and/or Hearing Benefit

If a Member sustains an injury, and as a result of such injury, one or more of the covered losses listed below are incurred, The Principal will pay the following percentages of the Member's Scheduled Benefit (or approved amount, if applicable) in force, provided all Benefit Qualifications as described in Article 2 are met.

| | **Covered Loss** | **% of Scheduled Benefit** |
|---|---|---|
| **Loss of Speech and/or Hearing** | Speech and Hearing | 100% |
| | Speech or Hearing | 50% |

**PART IV - BENEFITS**

GC 154 IL-2          **Section B - Member Accidental Death and Dismemberment Insurance, Page  4**

|  | Hearing in One Ear | 25% |
|---|---|---|

Loss must be determined by a Physician to be permanent, complete and irreversible.

Total payment for all losses that result from the same accident will not exceed the Scheduled Benefit (or approved amount, if applicable). Payment for Loss will be to the Member. Payment will be subject to the Beneficiary, Facility of Payment and Settlement of Proceeds provisions of this PART IV, Section A.

For this benefit, the term "Loss" means a total and irrevocable Loss of speech or hearing which has continued for 12 consecutive months.

## Article 7 - Public Transportation Benefit

An additional benefit will be paid equal to 100% of the Scheduled Benefit amount paid under Article 3, if the Member's loss is sustained while the Member is a passenger in a Common Carrier which is licensed to transport people.

For this benefit, the term "Common Carrier" means airplanes, ships, trains, subways, buses, taxis or trolleys.

## Article 8 - Educational Benefit

If a benefit is paid under this Section B for loss of the Member's life, an extra benefit of $3,000 will be paid annually for a maximum of 4 years to each Qualified Student. This annual benefit will be paid consecutively, while the Qualified Student continues his or her education as a Full-Time Student at an accredited post-secondary school.

For this benefit, "Qualified Student" means a Dependent Child who is, at the time of Member's death, a Full-Time Student at an accredited post-secondary school. A 12th grade student will become a Qualified Student if he or she enrolls in an accredited post-secondary school within 12 months of the Member's death.

## Article 9 - Limitations

Payment will not be made for any loss that results from:

a.    willful self-injury or self-destruction, while sane or insane; or
b.    disease or the treatment of disease; or
c.    voluntary participation in an assault, felony, criminal activity, insurrection, or riot; or
d.    participation in flying, ballooning, parachuting, parasailing, bungee jumping or other

aeronautic activities, except as a passenger on a commercial aircraft or as a passenger or crew member in a Policyholder-owned or leased aircraft on company business ; or

e.  duty as a member of a military organization; or

f.  war or act of war; or

g.  the use of alcohol if, at the time of the injury, the Member's blood alcohol concentration exceeds the legal limit allowed by the jurisdiction where the injury occurs; or

h.  the operation by the Member of a motor vehicle or motor boat if, at the time of the injury, the Member's blood alcohol concentration exceeds the legal limit allowed by the jurisdiction where the injury occurs; or

i.  the intentional use of any drug, narcotic, or hallucinogen not prescribed for the Member by a licensed Physician.

**PART IV - BENEFITS**

GC 154 IL-2          **Section B - Member Accidental Death and
Dismemberment Insurance, Page 6**

## Section D - Claim Procedures

### Article 1 - Notice of Claim

Written notice must be sent to The Principal by or for a Member who wishes to file claim for benefits under this Group Policy. This notice must be sent within 20 days after the date of the loss for which claim is being made. Failure to give notice within the time specified will not invalidate or reduce any claim if notice is given as soon as reasonably possible.

### Article 2 - Claim Forms

The Principal, when it receives notice of claim, will provide claim forms for filing proof of loss. If the forms are not provided within 15 days after The Principal receives notice, the person will be considered to have complied with the requirements of the Group Policy upon submitting, within the time specified below for filing proof of loss, written proof covering the occurrence, character, and extent of the loss.

### Article 3 - Proof of Loss

Written proof of loss must be sent to The Principal within 90 days after the date of the loss. Proof required includes the date, nature, and extent of the loss. The Principal may request additional information to substantiate loss or require a signed unaltered authorization to obtain that information from the provider. Failure to comply with The Principal's request could result in declination of the claim.

### Article 4 - Payment, Denial and Review

The Employee Retirement Income Security Act (ERISA) permits up to 90 days for processing claims and up to 60 days for the review of denied claims.

In actual practice, benefits under this Group Policy will be payable sooner, provided The Principal receives complete and proper proof of loss. Furthermore, if a claim is not payable or cannot be processed, The Principal will submit a detailed explanation of the basis for its denial.

A Claimant may request a review of a claim denial by written request to The Principal within 120 days of receipt of notice of the denial. The Claimant must provide all additional information to The Principal within one year of receipt of notice of denial. The Principal will notify the Claimant of the final decision and reasons in support of its decision.

## PART IV - BENEFITS

For purposes of this section, "Claimant" means Member, Dependent or Beneficiary.

## Article 5 - Medical Examinations

The Principal may have the Member whose loss is the basis for claim examined by a Physician during the course of a claim. The Principal will pay for these examinations and will choose the Physician to perform them.

## Article 6 - Autopsy

If payment for loss of life is claimed, The Principal may require an autopsy. The Principal will pay for any such autopsy.

## Article 7 - Legal Action

Legal action to recover benefits under this Group Policy may not be started earlier than 90 days after required proof of loss has been filed. Further, no legal action may be started later than three years after that proof is required to be filed.

## Article 8 - Time Limits

Any time limits in this section will be adjusted as required by law.

**NOTE:** For additional Claims Procedures information, see GC 801-1 ERISA Claims.

**ENDORSEMENT**

<u>Subject</u>: **Employee Retirement Income Security Act (ERISA) Claims Procedures for Life, STD, and LTD Insurance (Effective January 1, 2002)**

Your group policy is endorsed as described below:

The Department of Labor has promulgated regulations regarding claims procedure requirements. If your plan of benefits includes Life, STD and/or LTD, the Claims Procedures section of your group policy has been changed to comply with the above referenced regulation.

Note: Changes have been made only to reflect the requirements of the ERISA. Any special state requirements relating to payment of claims remain unchanged unless they prevent the application of the ERISA requirements.

a.   **Notice of Claim**

Written notice must be sent to The Principal by or for a Member who wishes to file claim for benefits under the Group Policy. This notice must be sent within 20 days (3 months for LTD) after the date of loss for which claim is being made. Failure to give notice within the time specified will not invalidate or reduce any claim if notice is given as soon as reasonably possible.

b.   **Claim Forms**

The Principal, when it receives notice of claim, will provide appropriate claim forms for filing proof of loss. If the forms are not provided within 15 days after The Principal receives notice of claim, the person will be considered to have complied with the requirements of the Group Policy regarding proof of loss upon submitting, within the time specified below for filing proof of loss, written proof covering the occurrence, character, and extent of the loss.

c.   **Proof of Loss or Disability**

<u>For Life Insurance policies</u>

Written proof of loss must be sent to The Principal within 90 days after the date of the loss. Proof required includes the date, nature, and extent of the loss. The Principal may request additional information to substantiate loss or require a signed unaltered authorization to obtain that information from the provider. Failure to comply with the request of The Principal could result in declination of the claim. For purposes of satisfying the claims processing timing requirements of the Employee Retirement Income Security Act (ERISA), receipt of claim will be considered to be met when the

**GC 801-1 ERISA Claims**

appropriate claim form is received by The Principal.

<u>For LTD and STD Insurance policies</u>

Written proof that Disability exists and has been continuous must be sent to The Principal within 90 days (6 months for LTD) after the date a Member completes an Elimination Period. Proof required includes the date, nature, and extent of loss. Further proof that Disability has not ended must be sent when requested by The Principal. The Principal may request additional information to substantiate loss or require a signed unaltered authorization to obtain that information from the provider. Failure to comply with the request of The Principal could result in declination of the claim. For purposes of satisfying the claims processing timing requirements of the Employee Retirement Income Security Act (ERISA), receipt of claim will be considered to be met when the Elimination Period has been completed and the appropriate claim form is received by The Principal.

**d.   Payment, Denial and Review**

ERISA permits up to 45 days from receipt of claim for processing the claim. If a claim cannot be processed due to incomplete information, The Principal will send a written explanation prior to the expiration of the 45 days. The claimant is then allowed up to 45 days to provide all additional information requested. The Principal is permitted two 30-day extensions for processing an incomplete claim. Written notification will be sent to the claimant regarding the extension.

In actual practice, benefits under the Group Policy will be payable sooner, provided The Principal received complete and proper proof of loss. Further, if a claim is not payable or cannot be processed, The Principal will submit a detailed explanation of the basis for its denial.

A claimant may request an appeal of a claim denial by written request to The Principal within 180 days of receipt of the notice of denial. The Principal will make a full and fair review of the claim. The Principal may require additional information to make the review. The Principal will notify the claimant in writing of the appeal decision within 45 days after receipt of the appeal request. If the appeal cannot be processed within the 45-day period because The Principal did not receive the requested additional information, The Principal is permitted a 45-day extension for the review. Written notification will be sent to the claimant regarding the extension. After exhaustion of the formal appeal process, the claimant may request an additional appeal. However, this appeal is voluntary and does not need to be filed before asserting rights to legal action.

For purposes of this section, for Life Insurance policies, "claimant" means Member, Dependent, or beneficiary. For STD and LTD policies, "claimant" means Member.

**e.   Legal Action**

Legal action to recover benefits under the Group Policy may not be started earlier than

**GC 801-1 ERISA Claims**

90 days after required proof of loss or proof of disability has been filed and before the appeal procedures have been exhausted. Further, no legal action may be started later than three years after that proof is required to be filed.

All other benefits and provisions of your group policy(ies) remain in effect.

Nothing in this endorsement will vary, alter, or extend any provision or condition of the group policy(ies) other than as stated in this Endorsement.

PRINCIPAL LIFE INSURANCE COMPANY

Senior Vice President and Corporate Secretary

Chairman, President and Chief Executive Officer

**GC 801-1 ERISA Claims**

This page left blank intentionally





H31272

02/01/2006

GROUP BOOKLET-CERTIFICATE FOR MEMBERS OF

# PROCESS & FACILITIES SYSTEMS, INC.

**ALL MEMBERS**
**Group Member Life Insurance**

**Print Date: 02/07/2006**

This page left blank intentionally

Your insurance has been designed to provide financial help for you when a covered loss occurs. This plan has chosen benefits provided by a Group Policy issued by Us, Principal Life Insurance Company. To the extent that benefits are provided by that Group Policy, the administration and payment of claims will be done by Us as an insurer.

Members rights and benefits are determined by the provisions of the Group Policy. This booklet briefly describes those rights and benefits. It outlines what you must do to be insured. It explains how to file claims. It is your certificate while you are insured.

The effective date of your insurance is as shown on your enrollment form. You should keep your enrollment form, any change of beneficiary or change of name forms, or other similar forms with your booklet after the form has been recorded by Us and returned to you.

THIS BOOKLET REPLACES ANY PRIOR BOOKLET THAT YOU MAY HAVE RECEIVED. Please remove your enrollment material from your prior booklet, place it with this booklet, and destroy your prior booklet. If you have any questions about this new booklet, please contact your employer. In the event of future plan changes, you will be provided with a new booklet-certificate or a booklet-certificate rider.

PLEASE READ YOUR BOOKLET CAREFULLY. We suggest that you start with a review of the terms listed in the DEFINITIONS Section (at the back of the booklet). The meanings of these terms will help you understand the insurance.

The group insurance policy and your coverage under the Group Policy may be discontinued or altered by the Policyholder or Us at any time without your consent.

ACCELERATED BENEFITS - Benefits paid as shown in this booklet - certificate for Accelerated Benefits are an advance of a portion of your Life Insurance benefit. This provision:
- accelerates and reduces your death benefit;
- is not intended to be used as long-term care insurance.

Effect on Government Benefits. If you receive payment of Accelerated Benefits, you may lose your right to receive certain public funds, such as Medicare, Medicaid, Social Security, Supplemental Security, Supplemental Security Income (SSI), and possibly others.

Tax Consequences. Receiving Accelerated Benefits from this plan may have tax consequences for you. We cannot give you advice about this. You may wish to obtain advice from a tax professional or an attorney before you decide to receive Accelerated Benefits from this plan.

The insurance provided in this booklet is subject to the laws of the state of ILLINOIS.

PRINCIPAL LIFE INSURANCE COMPANY Des Moines, IA 50392-0001

TABLE OF CONTENTS

**SUMMARY OF BENEFITS**                                      GH 102 A

**HOW TO BE INSURED**

     Members                                              GH 115 A

**CONTINUATION OF INSURANCE**                               GH 117 A

**FEDERAL FAMILY AND MEDICAL LEAVE ACT (FMLA)**             GH 117 C

**DESCRIPTION OF BENEFITS**

     Member Life Insurance                                GH 200
     Member Accidental Death and Dismemberment Insurance  GH 250

**CLAIM PROCEDURES**                                        GH 146 A

**STATEMENT OF RIGHTS**                                     GH 150

**DEFINITIONS**                                             GH 136 A

**STATE NOTICE**                                            GH 198

GH 101                              2

## SUMMARY OF BENEFITS
### (effective February 1, 2006)

This section highlights the benefits provided under this insurance. The purpose is to give you quick access to the information you will most often want to review. **Please read the other sections of this booklet for a more detailed explanation of benefits and any limitations or restrictions that might apply.**

## MEMBER LIFE INSURANCE

If you die, your beneficiary will be paid the Scheduled Benefit then in force for you (however, see the exception noted below). The Scheduled Benefit is based on your class:

| Class | *Basic Scheduled Benefit |
|---|---|
| All Members | The amount that is equal to 2 times your Basic Annual Compensation (this amount will be rounded to the next higher $1,000, if it is not already an exact multiple of $1,000). |

The Maximum Scheduled Benefit amount will be $250,000 and the Minimum Scheduled Benefit amount will be $15,000 subject to the reduction provision below.

Member Life Insurance benefits are subject to all reductions provided in the Group Policy including reductions due to salary changes, age changes, retirement, and receipt of Accelerated Benefit payment plus any Accumulated Interest Charges.

*The Scheduled Benefit is subject to the Proof of Good Health requirements as described in the booklet on GH 115 A. If, because of these Proof of Good Health requirements, We approve an amount of insurance that is different than the Scheduled Benefit, your beneficiary will be paid the approved amount.

For the age(s) shown below, the amount of insurance will be the percentage of the Scheduled Benefit (or approved amount, if applicable) as shown below.

| Age | % of Scheduled Benefit (or approved amount) |
|---|---|
| Age 65 but less than age 70 | 65% |
| Age 70 and over | 50% |

## MEMBER ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

If you are injured and otherwise qualify, We will pay the following percentages of your Scheduled Benefit (or approved amount, if applicable) in force:

-   50% if you lose a hand, a foot, or the sight of one eye; or

-   100% if more than one of the listed losses results from the same accident; or

-   100% if you lose your life.

Payment for loss of life will be to your beneficiary or as otherwise provided in the Death Benefit provision. Payment for any other loss will be to you. The Scheduled Benefit is based on your class:

| Class | *Basic Scheduled Benefit |
|---|---|

| All Members | The amount that is equal to 2 times your Basic Annual Compensation (this amount will be rounded to the next higher $1,000, if it is not already an exact multiple of $1,000). |
|---|---|

The Maximum Scheduled Benefit amount will be $250,000 and the Minimum Scheduled Benefit amount will be $15,000 subject to the reduction provision below.

\* The Scheduled Benefit is subject to the Proof of Good Health requirements as described in the booklet on GH 115 A. If, because of these Proof of Good Health requirements, We approve an amount of insurance that is different than the Scheduled Benefit, your beneficiary will be paid the approved amount.

For the age(s) shown below, the amount of insurance will be the percentage of the Scheduled Benefit (or approved amount, if applicable) as shown below.

| Age | % of Scheduled Benefit (or approved amount) |
|---|---|
| Age 65 but less than age 70 | 65% |
| Age 70 and over | 50% |

GH 102 A                                                    4

### HOW TO BE INSURED - MEMBERS

### MEMBER LIFE INSURANCE

### MEMBER ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**Eligibility**

To be eligible for insurance you must be a Member.

**Member** means any PERSON who is a Full-Time Employee of the Policyholder.

If you are a Member on February 1, 2006, you will be eligible on that date.

If you are not a Member until later, you will be eligible on the first of the insurance month coinciding with or next following the date you complete one month of continuous Active Work.

**Effective Dates - Actively at Work**

If you are not Actively at Work on the date your insurance would otherwise be effective, your insurance will not be in force until the day you return to Active Work.

This Actively at Work requirement will be waived for Members who:

- are absent from Active Work because of a regularly scheduled day off, holiday, or vacation day; and

- were Actively at Work on their last scheduled work day before the date of their absence; and

- were capable of Active Work on the day before the scheduled effective date of their insurance or change in their insurance, whichever is applicable.

**Individual Incontestability**

All statements made by any person insured (you or one of your Dependents) will be representations and not warranties. These statements may not be used to contest the insured person's insurance unless:

- the insurance has been in force for less than two years during the insured person's lifetime; and

- the statement is in written form signed by the insured person; and

- a copy of the form which contains the statement is given to the insured person or the insured person's beneficiary at the time insurance is contested.

However, the above will not preclude the assertion at any time of defenses based upon the person not being eligible for insurance under the Group Policy or upon other provisions of the Group Policy.

In addition, if a person's age is misstated, We may, at any time, adjust premiums and benefits to reflect the correct age.

**Assignments**

No assignments of Member Life Insurance will be allowed under the Group Policy.

**Proof of Good Health**

In some instances, Proof of Good Health will be required to place your insurance in force. The type and form of

required proof will be determined by Us. You will need to file Proof of Good Health :

- If you are eligible to become insured on the date your Policyholder's plan is effective (except if a guarantee issue amount applies as agreed to by your Policyholder and Us). We will pay the reasonable cost of proof required in this instance.

- If you request insurance more than 31 days after the date you are eligible including any insurance you refuse and later request. You must pay the cost of obtaining proof in this instance.

- If you have failed to provide required Proof of Good Health or you have been refused insurance under the Group Policy at any prior time. You must pay the cost of obtaining proof in this instance.

- If you elect to terminate insurance and, more than 31 days later, you request to be insured again. You must pay the cost of obtaining proof in this instance.

- To become insured, initially or through future increases, for any Member Life (and Member Accidental Death and Dismemberment) Insurance Scheduled Benefit amount in excess of $100,000. We will pay the reasonable cost of proof of required in this instance.

**Effective Date for Initial Insurance
(Proof of Good Health Not Required)**

You must request initial insurance in a form provided by Us.

If you are required to contribute toward the cost of your insurance, your insurance will normally be in force on:

- the date you are eligible, if you make your request on or before that date; or

- the first of the insurance month coinciding with or next following the date of your request, if you make your request within 31 days after the date you are eligible.

If you are not required to contribute toward the cost of your insurance, your insurance will normally be in force on the date you are eligible.

However, if you are not Actively at Work on the date insurance would otherwise be effective, your insurance will not be in force until the day you return to Active Work.

**Effective Date for Initial Insurance
(Proof of Good Health Required)**

If Proof of Good Health is required, your insurance will normally be in force on the later of:

- the date insurance would have been effective had Proof of Good Health not been required; or

- the first of the insurance month coinciding with or next following the date Proof of Good Health is approved by Us.

However, if you are not Actively at Work on the date insurance would otherwise be effective, your insurance will not be in force until the day you return to Active Work.

**Effective Date for Benefit Changes
(Proof of Good Health Not Required)**

If Proof of Good Health is not required, a change in your Scheduled Benefit amount because of a change in your status (insurance class or compensation) will normally be effective on the first of the insurance month coinciding with or next following the date of the change in status. However, if you are not Actively at Work on the date the change would otherwise be effective, the change will not be in force until the day you return to Active Work.

If Proof of Good Health is not required, a change in the Scheduled Benefits because of a change in the schedule of insurance elected by the Policyholder will normally be effective on the date of change. However, if you are not Actively at Work on the date the change would otherwise be effective, the change will not be in force until the day you return to Active Work.

If Proof of Good Health is not required, a change in your Scheduled Benefit amount because of a request by you will normally be effective on the first of the insurance month coinciding with or next following the date of the request. However, if you are not Actively at Work on the date the change would otherwise be effective, the change will not be in force until the day you return to Active Work.

Exception: decreases in Member Life and Member Accidental Death and Dismemberment Insurance Scheduled Benefit amounts are effective on the date noted above whether or not you are Actively at Work.

**Effective Date for Benefit Changes**
**(Proof of Good Health Required)**

If Proof of Good Health is required, a change in your Scheduled Benefit amount will normally be effective on the later of:

- the date the change would have been effective had Proof of Good Health not been required; or

- the first of the insurance month coinciding with or next following the date Proof of Good Health is approved by Us.

However, the exception noted above when Proof of Good Health is not required will also apply when Proof of Good Health is required.

**Termination**

Your insurance under the Group Policy will cease on the earliest of:

- the date the Group Policy terminates; or

- the end of the insurance month in which you cease to belong to a class for which insurance is provided; or

- the end of the insurance month you cease to be a Member; or

- the end of the insurance month in which you cease Active Work.

**Insurance While Outside of the United States**

If you are outside the United States, your insurance will automatically terminate. However, you will continue to be eligible for benefits provided under the Group Policy if you are temporarily outside of the United States for one of the following reasons:

- travel, provided the travel is for a reason other than securing health care diagnosis or treatment; or

- a business assignment

provided you are temporarily outside the United States for a period of six months or less.

**Continuation**

If you cease Active Work because of sickness or injury, you may be eligible for limited continuation of insurance.

If you cease Active Work because of layoff or leave of absence, insurance may be continued on a limited basis.

Your insurance may also be continued under the continuation provisions described on GH 117A or GH 117C and subject to the provisions of your Group Plan.

If you are interested in continuing your insurance beyond the date it would normally terminate, you should consult with the Policyholder before your insurance terminates.

**CONTINUATION OF INSURANCE**

**Member (State Required - Illinois)**

If you cease Active Work because you are Totally Disabled, you may continue your Life Insurance until the earlier of:

- the date nine months after the end of the insurance month in which your Total Disability began; or

- the date the Group Policy terminates. However, if the Total Disability began prior to attainment of age 60 and while you are insured, you may continue your insurance after termination of the Group Policy until the end of the insurance month nine months after the Total Disability began.

## FEDERAL FAMILY AND MEDICAL LEAVE ACT (FMLA)

**Continuation**

Federal law requires that Eligible Employees be provided a continuation period in accordance with the provisions of the Federal Family and Medical Leave Act (FMLA).

This is a general summary of the FMLA and how it affects the Group Policy. See your employer for details on this continuation provision.

**FMLA and Other Continuation Provisions**

If your employer is an Eligible Employer and if the continuation portion of the FMLA applies to your coverage, these FMLA continuation provisions:

- are in addition to any other continuation provisions of the Group Policy, if any; and

- will run concurrently with any other continuation provisions of the Group Policy for sickness, injury, layoff, or approved leave of absence, if any.

If continuation qualifies for both state and FMLA continuation, the continuation period will be counted concurrently toward satisfaction of the continuation period under both the state and FMLA continuation periods.

**Eligible Employer**

Eligible Employer means any employer who is engaged in commerce or in any industry or activity affecting commerce who employs 50 or more employees for each working day during each of 20 or more calendar workweeks in the current or preceding calendar year.

**Eligible Employee**

Eligible Employee means an employee who has worked for the Eligible Employer:

- for at least 12 months; and

- for at least 1,250 hours (approximately 24 hours per week) during the year preceding the start of the leave; and

- at a work-site where the Eligible Employer employs at least 50 employees within a 75-mile radius.

For this purpose, "employs" has the meaning provided by the Federal Family and Medical Leave Act (FMLA).

**Mandated Unpaid Leave**

Eligible Employers are required to allow 12 workweeks of unpaid leave during any 12-month period to Eligible Employees for one or more of the following reasons:

- The birth of a child of an Eligible Employee and in order to care for the child.

- The placement of a child with the Eligible Employee for adoption or foster care.

- To care (physical or psychological care) for the spouse, child, or parent of the Eligible Employee, if they have a "serious health condition".

GH 117 C-1                                       10

- A "serious health condition" that makes the Eligible Employee unable to perform the functions of his or her job.

**Reinstatement**

An Eligible Employee's terminated coverage may be reinstated in accordance with the provisions of the Federal Family and Medical Leave Act (FMLA), subject to the Actively at Work requirements of the Group Policy.

**Reinstatement of Insurance for you When Insurance Ends due to Living Outside of the United States**

If insurance for you terminates because you are outside of the United States, you may become eligible again for insurance under the Group Policy, but only if:

- you return to the United States within three months of the date on which insurance terminated because you are outside of the United States; and

- you return to Active Work in the United States for the Policyholder for a period of at least 30 consecutive days. You will be eligible for insurance on the day immediately following completion of the 30 consecutive days of Active Work.

The reinstated insurance will be on the same basis as that being provided on the date insurance is reinstated. However, any restrictions on this insurance which were in effect before reinstatement will continue to apply. If you do not complete the 30 consecutive days of residence, the insurance for the person concerned will not be reinstated.

See your employer for details on this reinstatement provision.

GH 117 C-1                                                11

DESCRIPTION OF BENEFITS

MEMBER LIFE INSURANCE

**Death Benefit**

If you die while insured for Member Life Insurance, We will pay your beneficiary the Scheduled Benefit in force on the date of your death less any Accelerated Benefit payment and Accumulated Interest Charges as discussed later in this Section. If your beneficiary does not survive you, We will make payment in the following order of precedence:

- to your spouse
- to your children born to or legally adopted by you
- to your parents
- to your brothers and sisters
- if none of the above, to the executor or administrator of your estate or other persons as provided in the Group Policy.

However, if a beneficiary is suspected or charged with your death, the Death Benefit may be withheld until additional information has been received or the trial has been held. If a beneficiary is found guilty of your death, such beneficiary may be disqualified from receiving any benefit due. Payment may then be made to any contingent beneficiary or to the executor or administrator of your estate.

Upon your death, the Scheduled Benefit in force on the date of your death less any Accelerated Benefit payment and Accumulated Interest Charges as discussed later in this Section will be placed in an interest-bearing draft account. The account balance will be available to your beneficiary at any time, in total or in part, as provided in the Group Policy.

See your employer if you would like more information on the Interest Draft Account or on any of the other settlement options that are available to your beneficiary upon your death.

**Beneficiary**

You should name a beneficiary at the time you enroll for insurance. You may later change your beneficiary by filing a written request with Us. See the Policyholder for change request forms. A change in your beneficiary will not be in force until We record the change.

**Continuation (Member Life Insurance - Coverage During Disability)**

If you cease Active Work for any reason, your insurance will normally terminate. However, if you cease Active Work because you are Totally Disabled, you might qualify to continue your Member Life Insurance and Member Accidental Death and Dismemberment Insurance. This continuation is called Coverage During Disability.

To be qualified for Coverage During Disability, you must:

- become Totally Disabled while insured for Member Life Insurance; and

- become Totally Disabled before the earlier of retirement or age 60; and

- remain Totally Disabled continuously; and

- be under the regular care and attendance of a Physician; and

- send proof of Total Disability to Us within one year of the date Total Disability starts and as often thereafter as We may require; and

- return, without claim, any individual policy issued under your purchase rights as described below. Upon

        return of such policy, We will refund premiums paid, less dividends and less any outstanding policy loan balance; and

-      submit to examinations by a Physician when We require (We will pay for these examinations and will choose the Physician).

If you qualify, Coverage During Disability will be in force on the earlier of:

-      the day nine months after the date your Total Disability began; or

-      the date of your death.

Premium will not be charged for Member Life Insurance and Member Accidental Death and Dismemberment Insurance while your Coverage During Disability is in force.

Coverage During Disability will cease on the earliest of:

-      the date you are age 70; or

-      the date you no longer qualify.

If you die while Coverage During Disability is in force, We will pay your beneficiary the Member Life Insurance benefit, if any, that would have been paid had you remained insured under the benefit schedule in force on the date your Total Disability began. Member Life Insurance benefits are subject to all reductions provided in the Group Policy including reductions due to age changes and receipt of an Accelerated Benefit payment plus any Accumulated Interest Charges.

Note that Coverage During Disability will not be in force and NO BENEFIT WILL BE PAID if written proof of Total Disability is not sent to Us within ONE YEAR of the date Total Disability starts. However, failure to give written proof within the time specified will not invalidate or reduce any claim if written proof is given as soon as reasonably possible.

**Accelerated Benefit**

An Accelerated Benefit is an advance (before death) payment of a part of your Member Life Insurance benefit. To qualify for an Accelerated Benefit, you must:

-      be insured for a Member Life Insurance benefit of at least $10,000; and

-      be Terminally Ill (expected to die within 12 months); and

-      send a request for Accelerated Benefit payment to Us; and

-      send proof, satisfactory to Us, of your Terminal Illness

Proof of Terminal Illness will consist of a statement from your Physician, and any other medical information that We believe is needed to confirm your status.

You will be considered Terminally Ill if you have experienced a Qualifying Event and you are expected to die within twelve months of the date you request payment of Accelerated Benefits.

A Qualifying Event is a medical condition which would, in the absence of extensive or extraordinary medical treatment, result in a drastically limited life span. Such conditions may include, BUT ARE NOT LIMITED TO, one or more of the following:

-      coronary artery disease resulting in an acute infarction or requiring surgery;

-      permanent neurological deficit resulting from cerebral vascular accident;

- end stage renal failure; or

- acquired immune deficiency syndrome (AIDS).

If you qualify, We will pay you any amount you request; except that:

- only one Accelerated Benefit payment will be made during your lifetime; and

- you must request a payment of at least $5,000; and

- We will not pay you more than 75% of your Member Life Insurance benefit in force.

We will pay you the Accelerated Benefit payment in a lump sum.

If an Accelerated Benefit is paid, the Member Life Insurance benefit otherwise payable to your beneficiary upon your death will be reduced by the sum of:

- Accelerated Benefit payment; plus

- Accumulated Interest Charges.

Accumulated Interest Charges will be the sum of interest charged for each day of the period from the date of your Accelerated Benefit payment to the date of your death, but not more than two years. This interest will be calculated by applying a daily rate (equivalent to 8% per year) to the amount of the Accelerated Benefit payment.

Following is an EXAMPLE of how this benefit affects the final death benefit.

| BENEFIT EXAMPLE | |
|---|---|
| Member Life Insurance Benefit Amount | $100,000 |
| Accelerated Benefit Amount Requested | $75,000 |
|     (Member would receive $75,000) | |
| | |
| Accelerated Benefit paid on August 15 | |
|     Member death occurs on November 15 | |
|     (92 days after payment) | |
| Accumulated Interest Charges | $1,512 |
|     ($75,000 x .08) x (92 days/365 days) | |
| | |
| Payment to Member's Beneficiary | |
|     ($100,000 - $75,000 - $1,512) | $23,488 |

During the two-year period following payment of an Accelerated Benefit:

- termination of Active Work because of your Terminal Illness will not result in termination of your Member Life Insurance; and

- your Member Life Insurance will be provided without premium charge.

**Individual Purchase Rights**

You will have the right to buy an individual life insurance policy without submitting Proof of Good Health:

- If your total Member Life Insurance, or any portion of it, terminates because you end Active Work or cease

to be in a class eligible for insurance. In these instances, the maximum amount you may buy will be your Member Life Insurance amount in force on the date of termination or the portion of your Member Life Insurance that has terminated, less any individual amount purchased earlier under these rights, and less any Accelerated Benefit and Accumulated Interest Charges as discussed earlier in this Section.

- If the Group Policy terminates or is amended to exclude your insurance class after you have been insured for at least five years. In these instances, the maximum amount you may buy will be the smaller of: (1) $10,000; or (2) your Member Life Insurance amount in force on the date of termination, less any Accelerated Benefit payment and Accumulated Interest Charges as discussed earlier in this Section and less any amount for which you become eligible under any group policy within 31 days.

- If your Coverage During Disability ceases because Total Disability ends and you do not then become insured under the Group Policy within 31 days. In this instance, the maximum amount you may buy will be the benefit amount in force on the date Total Disability ends, less any individual amount purchased earlier under these rights, and less any Accelerated Benefit and Accumulated Interest Charges as discussed earlier in this Section.

- If your Accelerated Benefit Premium Waiver Period ceases and you do not qualify for Coverage During Disability. In this instance, the maximum amount you may buy will be the benefit amount in force on the date you cease Active Work, less any individual amount purchased earlier under these rights, and less any Accelerated Benefit and Accumulated Interest Charges as discussed earlier in this Section.

You must apply for individual purchase and pay the first premium to Us within 31 days after your coverage under the Group Policy ceases.

See the Policyholder for the proper forms. Any individual policy issued will be effective on the 32nd day.

The individual policy will be for life insurance only (other than term insurance). No Disability or other benefits will be included. The premium you pay will be at Our normal rate for your age and for the risk class to which you belong on the individual policy's date of issue.

If you die within the 31-day purchase period, your beneficiary will be paid the life insurance amount, if any, you had the right to buy. This payment will be made whether or not you have applied for an individual policy.

DESCRIPTION OF BENEFITS

MEMBER ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**Benefit Qualification**

To qualify for benefit payment, all of the following must occur:

- You must be injured while insured for Member Accidental Death and Dismemberment Insurance.

- Your injury must be caused by accident.

- Your injury must be the direct and sole cause of a loss listed in Benefit Payable below.

- Your loss must occur within 365 days of your injury.

- You must satisfy the requirements listed in the CLAIM PROCEDURES Section.

- All medical evidence must be satisfactory to Us.

**Benefit Payable**

If all of the above qualifications are met, We will pay the following percentages of your Scheduled Benefit (or approved amount, if applicable) in force:

- 50% if one hand is severed at or above the wrist; or

- 50% if one foot is severed at or above the ankle; or

- 50% if the sight of one eye is permanently lost (For this purpose, vision not correctable to better than 20/200 will be considered loss of sight.); or

- 100% if more than one of the listed losses occurs; or

- 100% if you lose your life.

Total payment for all losses that result from the same accident will not exceed 100% of your Scheduled Benefit. Payment for loss of life will be to the beneficiary you named for Member Life Insurance. Payment for all other losses will be to you.

**Disappearance**

It will be presumed that you have lost your life if:

- your body has not been found within 365 days after the disappearance of a conveyance in which you were an occupant at the time of disappearance; and

- the disappearance of the conveyance was due to its accidental wrecking or sinking; and

- the Group Policy would have covered the injury resulting from the accident.

**Exposure**

Exposure to the elements will be presumed to be an injury if:

-    such exposure is due to an accidental bodily injury; and

-    within 365 days after the injury, you incur a loss that is the result of the exposure; and

-    the Group Policy would have covered the injury resulting from the accident.

**Seat Belt Benefit**

If you lose your life as a result of an accidental injury sustained while driving or riding in an Automobile, an additional benefit of $10,000 will be paid to your beneficiary named for Member Life Insurance, provided all Benefit Qualifications as described above are met and:

-    the Automobile is equipped with factory installed Seat Belts; and

-    the Seat Belt was in actual use by you and properly fastened at the time of the accident; and

-    the position of the Seat Belt is certified in the official report of the accident or by the investigating officer.

This additional benefit payment will also apply if you were driving an Automobile equipped with a proper functioning air bag, although your Seat Belt may not have been fastened at the time of the accident. The proper functioning and/or deployment of the air bag must be certified in the official report of the accident or by the investigating officer.

For the purpose of this benefit "Automobile" means a four-wheel passenger vehicle, station wagon, pick-up truck, or van-type vehicle, but excludes recreational type vehicles such as a "dune-buggy" or an "all-terrain" vehicle.

The term "Seat Belt" means a factory installed device that forms an occupant restraint and injury avoidance system.

**Loss of Use or Paralysis Benefit**

If you sustain an injury, and as a result of such injury, one or more of the covered losses listed below are incurred, We will pay the following percentages of your Scheduled Benefit (or approved amount, if applicable) in force, provided all Benefit Qualifications as described in your booklet-certificate are met.

|  | Covered Loss | % of Scheduled Benefit |
|---|---|---|
| **Loss of Use or Paralysis** | Quadriplegia | 100% |
|  | Paraplegia | 50% |
|  | Hemiplegia | 50% |
|  | Both Hands or Both Feet | 50% |
|  | One Hand and One Foot | 50% |
|  | One Arm or One Leg | 25% |
|  | One Hand or One Foot | 25% |

We will not pay an Accidental Death and Dismemberment benefit for any paralysis caused by a stroke.

Paralysis must be determined by a Physician to be permanent, complete and irreversible.

Total payment for all losses that result from the same accident will not exceed 100% of your Scheduled Benefit (or approved amount, if applicable). Payment for loss will be to you.

GH 250 IL-2                                        17

For this benefit, the term "Loss of Use" means a total and irrevocable loss of voluntary movement which has continued for 12 consecutive months. The term "Quadriplegia" means total paralysis of all four limbs. The term "Paraplegia" means total paralysis of both lower limbs. The term "Hemiplegia" means paralysis of one arm and one leg on the same side of the body.

**Loss of Speech and/or Hearing Benefit**

If you sustain an injury, and as a result of such injury, one or more of the covered losses listed below are incurred, We will pay the following percentages of your Scheduled Benefit (or approved amount, if applicable) in force, provided all Benefit Qualifications as described in your booklet-certificate are met.

|  | Covered Loss | % of Scheduled Benefit |
|---|---|---|
| **Loss of Speech and/or Hearing** | Speech and Hearing | 100% |
|  | Speech or Hearing | 50% |
|  | Hearing in One Ear | 25% |

Loss must be determined by a Physician to be permanent, complete and irreversible.

Total payment for all losses that result from the same accident will not exceed 100% of your Scheduled Benefit (or approved amount, if applicable). Payment for Loss will be to you.

For this benefit, the term "Loss" means a total and irrevocable loss of speech or hearing which has continued for 12 consecutive months.

**Public Transportation Benefit**

An additional benefit will be paid equal to 100% of the Scheduled Benefit amount paid under Benefits Payable, if your loss is sustained while you were a passenger in a Common Carrier which is licensed to transport people.

For this benefit, the term "Common Carrier" means airplanes, ships, trains, subways, buses, taxis or trolleys.

**Educational Benefit**

If a benefit is to be paid under this plan for loss of your life, an extra benefit of $3,000 will be paid annually for a maximum of 4 years to each Qualified Student. This annual benefit will be paid consecutively, while the Qualified Student continues his or her education as a Full-Time Student at an accredited post-secondary school.

For this benefit, "Qualified Student" means your Dependent Child who is, at the time of your death, a Full-Time Student at an accredited post-secondary school. A 12th grade student will become a Qualified Student if he or she enrolls in an accredited post-secondary school within 12 months of your death.

**Limitations**

Payment will not be made for any loss that results from:

-    willful self-injury or self-destruction, while sane or insane; or

-    disease or the treatment of disease; or

-    voluntary participation in a riot, assault, felony, criminal activity, or insurrection; or

-    participation in flying, ballooning, parachuting, parasailing, bungee jumping, or other aeronautic activities, except as a passenger on a commercial aircraft or as a passenger or crew member in a Policyholder-owned

or leased aircraft on company business; or

- duty as a member of a military organization; or

- war or act of war; or

- the use of alcohol if, at the time of the injury, your blood alcohol concentration exceeds the legal limit allowed by the jurisdiction where the injury occurs; or

- the operation by you of a motor vehicle or motor boat if, at the time of the injury, your blood alcohol concentration exceeds the legal limit allowed by the jurisdiction where the injury occurs; or

- the intentional use of any drug, narcotic, or hallucinogen not prescribed for you by a licensed Physician.

GH 250 IL-2                                      19

## CLAIM PROCEDURES

**Notice of Claim**

Written notice of claim must be given to Us within 20 days after the date of loss. Failure to give notice within the time specified will not invalidate or reduce any claim if notice is given as soon as reasonably possible.

**Claim Forms**

Claim forms and other information needed to prove loss must be filed with Us in order to obtain payment of benefits. The Policyholder will provide forms to assist you in filing claims. If the forms are not provided within 15 days after We receive such notice, you will be considered to have complied with the requirements of the policy upon submitting, within the time specified below for filing proof of loss, written proof covering the occurrence, character and extent of the loss.

**Proof of Loss**

Completed claim forms and other information needed to prove loss should be filed promptly. Written proof of loss should be sent to Us within 90 days after the date of loss. Proof required includes the date, nature, and extent of the loss. We may request additional information to substantiate your loss or require a signed unaltered authorization to obtain that information from the provider. Your failure to comply with such request could result in declination of the claim.

**Payment, Denial, and Review**

The Employee Retirement Income Security Act (ERISA) permits up to 90 days for processing claims and up to 60 days for the review of denied claims.

In actual practice, benefits will be payable sooner, provided We receive complete and proper proof of loss. Furthermore, if a claim is not payable or cannot be processed, We will submit a detailed explanation of the basis for our denial.

A Claimant may request a review of a claim denial by written request to Us within 120 days of receipt of notice of the denial. The Claimant must provide all additional information to Us within one year of receipt of notice of denial. We will notify the Claimant of the final decision and reasons in support of our decision.

For purposes of this section, "Claimant" means you, your Dependent or Beneficiary.

**Medical Examinations**

We may have you whose loss is the basis for claim examined by a Physician. We will pay for these examinations and will choose the Physician to perform them.

**Autopsy**

If payment for loss of life is claimed, We may require an autopsy. We will pay for any such autopsy.

**Legal Action**

Legal action with respect to a claim may not be started earlier than 90 days after proof of loss is filed. Further, no legal action may be started later than three years after proof is required to be filed.

**Time Limits**

All time limits listed in this section will be adjusted as required by law.

**NOTE:** For additional Claims Procedures information, see GH 198 ERISA Claims.

## STATEMENT OF RIGHTS

Federal law requires that this section be included in your booklet:

As a participant in this plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).

ERISA provides that all plan participants shall be entitled to:

### Receive Information About Your Plan and Benefits

-   Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and, a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

-   Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

-   Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

### Continue Group Health Plan Coverage

-   Continue health care coverage for yourself, spouse or Dependents if there is a loss of coverage under the plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. Review this summary plan description and the documents governing the plan or the rules governing your COBRA continuation coverage rights.

-   Reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage. See GH 451, if applicable, for further information concerning preexisting condition exclusions.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

### Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan

GH 150-1                                        22

documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# DEFINITIONS

Several words and phrases used to describe your coverage are capitalized whenever they are used in this booklet. These words and phrases have special meanings as explained in this section.

**Active Work; Actively at Work** mean the active performance of all of your normal job duties at the Policyholder's usual place or places of business.

**Basic Annual Compensation** means, on any date, your basic annual (or annual equivalent) wage then in force, as established by the Policyholder. Basic wage does not include commissions, bonuses, tips, or overtime pay.

Basic wage does include any deferred earnings under a qualified deferred compensation plan and any amount of voluntary earnings reduction under a qualified Section 125 Cafeteria Plan.

**Dependent Child; Dependent Children** means:

- Your natural or legally adopted child, if that child:

    - is not married; and
    - is not in the Armed Forces of any country; and
    - is not insured under the Group Policy as a Member; and
    - is less than 19 years of age.

- Your stepchild, if that child:

    - meets the requirements above; and
    - receives principal support from you.

- Your foster child, if that child:

    - meets the requirements above; and
    - lives with you; and
    - receives principal support from you; and
    - is approved in writing by Us as a Dependent Child.

- Your child 19 years but less than 25 years of age who otherwise qualifies above, if that child receives principal support from you and is a Full-Time Student, as defined.

**Full Time Employee** means any person who is regularly scheduled to work for the Policyholder for at least 30 hours a week. Work must be at the Policyholder's usual place or places of business or at another place to which an employee must travel to perform his or her regular duties.

**Full-Time Student** means your Dependent Child attending a school that has a regular teaching staff, curriculum and student body and who:

- attends school on a full-time basis, as determined by the school's criteria; and

- is dependent on you for principal support.

**Group Policy** means the policy of group insurance issued to the Policyholder by Us which describes benefits and provisions for insured Members.

**Insurance Month** means calendar month.

GH 136 A                                    24

**Member** means any PERSON who is a Full-Time Employee of the Policyholder.

**Physician** means a licensed Doctor of Medicine (M.D.) or Osteopathy (D.O.).

**Policyholder** means PROCESS & FACILITIES SYSTEMS, INC..

**Proof of Good Health** means written evidence that a person is insurable under Our underwriting standards. This proof must be provided in a form satisfactory to Us.

**Total Disability; Totally Disabled** means for you, your inability, as determined by Us, due to sickness or injury, to perform the majority of the material duties of any occupation for which you are or may reasonably become qualified based on education, training or experience.

**We, Us, and Our** mean Principal Life Insurance Company, Des Moines, Iowa.

**ILLINOIS NOTICE**

This is to advise you that if you have any complaints about your insurance you may contact the following:

      Principal Life Insurance Company
      Attention: Government Relations
      711 High Street
      Des Moines, Iowa 50392-0220
      Telephone: 1-800-325-2532

              or

      Illinois Department of Insurance
      Consumer Division or
      Public Services Section
      320 West Washington Street
      Springfield, Illinois 62767

Please identify all correspondence with the group account number and your full name and address. Please be as specific as possible about the nature of your complaint. Include all relevant information so that prompt action can be taken to resolve your complaint satisfactorily.

GH 198 IL                        26

BOOKLET-CERTIFICATE RIDER

**Subject:** Employee Retirement Income Security Act (ERISA) Claims Procedures for Life, STD and LTD Insurance (Effective January 1, 2002)

The provisions described below will replace the provisions described in your booklet-certificate.

The Department of Labor has promulgated regulations regarding claims procedure requirements. If your plan of benefits includes Life, STD and/or LTD, the Claims Procedures section of your group booklet-certificate has been changed to comply with the above referenced regulation.

Note: Changes have been made only to reflect the requirements of the ERISA. Any special state requirements relating to payment of claims remain unchanged unless they prevent the application of the ERISA requirements.

## CLAIM PROCEDURES

### Notice of Claim

Written notice of claim must be given to Us within 20 days (3 months for LTD) after the date of loss for which claim is being made. Failure to give notice within the time specified will not invalidate or reduce any claim if notice is given as soon as reasonably possible.

### Claim Forms

Claim forms and other information needed to provide proof of loss must be filed with Us in order to obtain payment of benefits. The Employer will provide appropriate claim forms to assist you in filing claims. If the forms are not provided within 15 days after We receive notice of claim, you will be considered to have complied with the requirements of the Group Policy regarding proof of loss upon submitting, within the time specified below for filing proof of loss, written proof covering the occurrence, character and extent of the loss.

### Proof of Loss

#### For Life Insurance booklet-certificates

Claim forms and other information needed to prove loss should be filed promptly. Written proof of loss should be sent to Us within 90 days after the date of loss. Proof required includes the date, nature, and extent of the loss. We may request additional information to substantiate your loss or require a signed unaltered authorization to obtain that information from the provider. Your failure to comply with such request could result in declination of the claim. For purposes of satisfying the claims processing timing requirements of the Employee Retirement Income Security Act (ERISA), receipt of claim will be considered to be met when the appropriate claim form is received by Us.

#### For STD and LTD Insurance policies

Claim forms and other information needed to prove loss should be filed promptly. Written proof of loss should be sent to Us within 90 days after you complete your Elimination Period. (For Long Term Disability Insurance, written proof that Disability exists and has been continuous must be sent to Us within six months after you complete your Elimination Period.) Proof required includes the date, nature, and extent of the loss. We may request additional information to substantiate your loss or require a signed unaltered authorization to obtain that information from the provider. Your failure to comply with such request could result in declination of the claim. For purposes of satisfying the claims processing timing requirements of the Employee Retirement Income Security Act (ERISA), receipt of claim will be considered to be met when the Elimination Period has been completed and the appropriate claim form is received by Us.

### Payment, Denial, and Review

ERISA permits up to 45 days from receipt of claim for processing the claim. If a claim cannot be processed due to

incomplete information, We will send a written explanation prior to the expiration of the 45 days. A claimant is then allowed up to 45 days to provide all additional information requested. We are permitted two 30-day extensions for processing an incomplete claim. Written notification will be sent to a claimant regarding the extension.

In actual practice, benefits will be payable sooner, provided We receive complete and proper proof of loss. Furthermore, if a claim is not payable or cannot be processed, We will submit a detailed explanation of the basis for Our denial.

A claimant may request an appeal of a claim denial by written request to Us within 180 days of receipt of notice of the denial. We will make a full and fair review of the claim. We may require additional information to make the review. We will notify a claimant in writing of the appeal decision within 45 days after receipt of the appeal request. If the appeal cannot be processed within the 45-day period because We did not receive the requested additional information, We are permitted a 45-day extension for the review. Written notification will be sent to a claimant regarding the extension. After exhaustion of the formal appeal process, the claimant may request an additional appeal. However, this appeal is voluntary and does not need to be filed before asserting rights to legal action.

For purposes of this section, for Life insurance policies, "claimant" means you, your Dependent or beneficiary. For STD and LTD insurance policies, "claimant" means you.

**Legal Action**

Legal action with respect to a claim may not be started earlier than 90 days after proof of loss is filed and before the appeal procedures have been exhausted. Further, no legal action may be started later than three years after proof is required to be filed.

Please keep this rider with your booklet-certificate(s). Your booklet-certificate(s) will be updated sometime in the future to incorporate these provisions.

Nothing in this rider will vary, alter, or extend any provision or condition of the group policy(ies) other than as stated in this rider.

PRINCIPAL LIFE INSURANCE COMPANY
DES MOINES, IOWA 50392-0302

GH 198 ERISA Claims

This page left blank intentionally

**PLAN ARRANGED BY**

SCOTT A SCHUSTER
1 LINCOLN CENTRE
STE 900
OAKBROOKE TERR IL 60181



**Principal Life Insurance Company**
Des Moines, Iowa 50392-0002