

Principal Financial Group

Principal Life
Insurance Company

October 10, 2007

Charles McGregor
7204 Grand Ave
Downers Grove IL 60516

RE: Charles McGregor
    Process & Facilities Systems Inc
    Claim Number: H31272-1-xxxxx9047-978

Dear Mr. McGregor

We have been reviewing your claim for Life Coverage During Disability benefits. During our review, we noticed some discrepancies between the information provided to us regarding your medical history, when applying for Member Life Insurance Coverage with Principal Life Insurance Company (The Principal®), and the medical records we recently received from Dr Kiran Kumar's office in connection with your disability claim.

Member Life Insurance Coverage became effective on 2-1-2006. According to the terms of the Member Life Insurance policy issued to your employer, Process and Facilities Systems Inc, the Member Life Insurance benefit is equal to two times the Member's Basic Annual Compensation. However, in order to be eligible for Member Life Insurance coverage in excess of $100,000.00 Proof of Good Health was required.

Our records document that your salary increases effective 2-1-2006 and 4-1-2006 required you to complete and sign a Health Statement, as your Member Life Insurance benefit exceeded $100,000.00. Therefore a Health Statement was completed and signed by you on 12-28-2005 and 4-17-2006.

Below is a detail of the questions asked, and the responses given on your Health Statements signed on 12-28-2005 and 4-17-2006. We have also attached a copy of these forms for your review.

1. Is any person on whom coverage is requested **currently** receiving medical treatment, taking medication, or pregnant?

   Your response: No.

Medical records from Dr Kiran Kumar's office obtained 9-24-2007 indicate the following:



EXHIBIT C

711 High Street, Des Moines, Iowa 50392-0001 (515) 247-5111

REC'D OCT 18 '07 GDR-

- A letter from Dr Keith Gordey at Suburban Pulmonary and Sleep Associates LTD, dated 3-17-2006 to Dr Kiran Kumar. This letter outlines a medical follow-up dated 3-17-2006 in which the follow-up chest CT scan on 3-10-2007 was discussed as well as answering questions regarding an abnormal pulmonary function test. Follow-up was recommended.

- Report of a chest CT scan dated 7-22-2005 showing nodules were detected.

- Report of a chest CT scan dated 3-10-2006 for clinical history of pulmonary nodules follow-up

- Report dated 3-2-2006 from Fairview Family Practice to establish care with a new Primary care provider, referrals for Lung CT and Pulmonologist. Chief complaint was noted as nodules on lungs. Laboratory tests were ordered.

2. **In the past 5 years**, has any person on whom coverage is requested had surgery, been hospitalized or consulted with a doctor, had blood or other diagnostic tests (other that or HIV antibody), or been advised to receive medical treatment?

   Your response: No.

Medical records from Dr Kiran Kumar's office obtained 9-24-2007 indicate the following:

- A letter from Dr Keith Gordey at Suburban Pulmonary and Sleep Associates LTD, dated 3-17-2006 to Dr Kiran Kumar. This letter outlines a medical follow-up dated 3-17-2006 in which the follow-up chest CT scan on 3-10-2007 was discussed as well as answering questions regarding an abnormal pulmonary function test. Follow-up was recommended.

- Report of a chest CT scan dated 7-22-2005 showing nodules were detected.

- Report of a chest CT scan dated 3-10-2006 for clinical history of pulmonary nodules follow-up

- Report dated 3-2-2006 from Fairview Family Practice to establish care with a new Primary care provider, referrals for Lung CT and Pulmonologist. Chief complaint was noted as nodules on lungs. Laboratory tests were ordered.

3. **In the past 5 years**, has any person on whom coverage is requested been diagnosed with or received treatment for any of the following (check all that apply)

   Cancer, tumors, heart condition, high blood pressure, stroke, liver disorder, kidney disorder, muscle disorder, multiple sclerosis/neurological disorder, bone disorder, joint disorder, urinary disorder, respiratory disorder, mental disorder, nervous disorder, diabetes or hepatitis.

   Your response: No.



Principal Financial Group

REC'D OCT 18 '07 GDR-    X

Medical records from Dr Kiran Kumar's office obtained 9-24-2007 indicate that the following should have been checked:

- respiratory disorder

4. In the past 10 years, has any person on whom coverage is requested been treated or diagnosed by a physician as having Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related complex (ARC), or any other immune disorder?

   Your response: No.

The Authorization, Acknowledgement, and Signature section of the Health Statement, signed by you on December 7, 2006, includes the following statements:

- I represent information, statements, and answers on this form, and any attachments, are complete and true to the best of my knowledge. They are a part of this request for coverage under the group policies. I agree Principal Life is not liable for anyone's claim, which happens or begins before the effective date of coverage or approval of any life and disability coverage.

- I have read, or had read to me, the questions and responses and realize any false statements, omissions and/or material misrepresentation regarding age or health information could cause life and disability coverages, if issued, to be cancelled as never effective.

- Any person who, with intent to defraud or knowing that he or she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement, may be guilty of insurance fraud.

- I understand all policy provisions for medical coverage will apply. If approved for life and disability coverages, all policy provisions will apply including, but not limited to preexisting conditions restriction, the Actively at Work and Period of Limited Activity provisions.

- I understand an agent cannot change or waive any rates, benefits, or provisions of any policy, if issued, without the written approval of an officer of Principal Life.

- For life and disability coverages, I authorize any doctor, health care provider, hospital, clinic or medically related facility, insurance company, consumer reporting agency or employer, that has any personal information, including physical, mental, drug or alcohol use history, regarding me or any dependent, to give to Principal Life, its agents and employees performing business transactions, any such data.

- I authorize Principal Life to release any such data as required by law. When signed in connection with any application for, reinstatement of, or request for


Principal Financial Group

REC'D OCT 18 '07 GDR-

> change in benefits, this form shall be valid for two years after the date shown below. I understand I may revoke this authorization for information not then obtained. A photocopy of this form shall be as valid as the original.
>
> - I understand the data obtained by use of this authorization will be used by Principal Life for claims administration and to determine benefit eligibility for life and disability coverage. This information will not be used for any purposes prohibited by law.

As you can see, medical records from Dr. Kiran Kumar do not align with the responses given on the Health Statements that you completed 12-28-2005 and 4-17-2006. Therefore, we would appreciate your assistance in clarifying these discrepancies for us in writing. In addition, please identify all individuals who were aware of your medical history noted in medical records from Dr. Kumar when you completed the Heath Statements. Finally, please state whether there were any other parties present, or if you received any assistance, when you completed the Health Statements. Please provide us with your written responses within 10 days, which is October 23, 2007.

If you have any questions regarding your claim, or the information outlined in this letter, please contact me.

Sincerely,

*Anita Brown*

Anita Brown
Claim Analyst
Group Life and Disability Claims
Des Moines, IA 50392-2180
Toll Free: 1-800-245-1522, Ext. 75916
Fax: 1-800-255-6609

Enclosures:   Statement of Health signed 12-28-2005 and 4-17-2006

Principal
Financial
Group

REC'D OCT 18 '07 GDR-   X