**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: **08 C 806**

Principal Life Insurance Company v. Charles C. McGregor

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE NORDBERG**
**MAGISTRATE JUDGE VALDEZ**

**PRINCIPAL LIFE INSURANCE COMPANY**

| | |
|---|---|
| NAME (Type or print)  Daniel J. McMahon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  /s/Daniel J. McMahon | |
| FIRM  Wilson Elser Moskowitz Edelman & Dicker LLP | |
| STREET ADDRESS  120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP  Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6201590 | TELEPHONE NUMBER  (312) 704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

463783.1

**FILED**
**FEBRUARY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT