## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:      1:08-cv-806

Principal Life Insurance Company v. Charles C. McGregor

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PRINCIPAL LIFE INSURANCE COMPANY**

| |
|---|
| NAME (Type or print) <br> Rebecca M. Rothmann |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> */s/Rebecca M. Rothmann* |
| FIRM    Wilson Elser Moskowitz Edelman & Dicker LLP |
| STREET ADDRESS   120 North LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)        TELEPHONE  NUMBER <br> 06236791                                              (312) 704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? <br> YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |