UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Principal Life Insurance Company
                                      Plaintiff,

v.                                             Case No.: 1:08–cv–00806
                                             Honorable John A. Nordberg

Charles C. McGregor
                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge John A. Nordberg :Status hearing set for 3/19/2008 at 2:30 PM. Plaintiff to advise all parties of this Court's hearing.Mailed notice(tlp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.