**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.



Double click on question mark for appearance form instructions

In the Matter of

Case Number:

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

| (A) | |
|---|---|
| SIGNATURE | |
| NAME | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER | |
| MEMBER OF TRIAL BAR? | YES      NO |
| TRIAL ATTORNEY? | YES      NO |
| | |

| (B) | |
|---|---|
| SIGNATURE | |
| NAME | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER | |
| MEMBER OF TRIAL BAR? | YES      NO |
| TRIAL ATTORNEY? | YES      NO |
| DESIGNATED AS LOCAL COUNSEL? | YES      NO |

| (C) | |
|---|---|
| SIGNATURE | |
| NAME | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER | |
| MEMBER OF TRIAL BAR? | YES      NO |
| TRIAL ATTORNEY? | YES      NO |
| DESIGNATED AS LOCAL COUNSEL? | YES      NO |

| (D) | |
|---|---|
| SIGNATURE | |
| NAME | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER | |
| MEMBER OF TRIAL BAR? | YES      NO |
| TRIAL ATTORNEY? | YES      NO |
| DESIGNATED AS LOCAL COUNSEL? | YES      NO |