IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 08 C 806 |
| v. | ) ) | |
| CHARLES C. MC GREGOR, Defendant. | ) ) ) | |

## NOTICE OF FILING

TO: Edna S. Bailey, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois  60602-2412

    PLEASE TAKE NOTICE, that the undersigned deposes and states under oath that he filed **Appearance** in the above-captioned cause with the clerk for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, this the 20th day of March, 2008 with service upon the above individuals accomplished pursuant to Electronic Case Filing and in compliance with Federal Local Rule 5.5.

                                                    */S Richard J. Reimer*
                                                    Attorney for Plaintiff

RICHARD J. REIMER
THOMAS S. RADJA, JR.
RICHARD J. REIMER & ASSOCIATES, LLC
15 Spinning Wheel Road, Suite 310
Hinsdale, Illinois 60521
(630) 654-9547