IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Principal Life Insurance Company, | ) |
| *Plaintiff,* | ) ) |
| v. | ) ) ) Case No. 08-cv-00806 |
| Charles C. McGregor, | ) ) ) |
| *Defendant.* | ) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE WRITTEN ANSWER AND TO FILE WRITTEN ANSWER INSTANTER**

NOW COMES THE Defendant, Charles C. McGregor, by and through his attorneys, RICHARD J. REIMER & ASSOCIATES, LLC., and submits this Motion for Enlargement of Time to File Written Answer, stating as follows:

1. Attorneys for Defendant McGregor previously filed an Appearance on March 19, 2008.

2. On March 19, 2008, attorneys for Defendant appeared at the initial status date before the Honorable Judge John A. Nordberg in United States District Court.

3. At that time, Defendant believes that he orally requested that he be given until the next Status date of April 30, 2008, to file a written answer, or otherwise plead, to plaintiff's complaint, and that the oral request was granted.

4. On April 8, 2008, Defendant received notice from plaintiff's attorney that they were in default as an answer to this complaint was due on April 7, 2008.

5. Attorney's for Defendant believed that they had until April 30, 2008, to file an answer, or otherwise plead, in this matter and any fault of Defendant to fail to file an

1

answer by April 7, 2008, was inadvertent and a miscommunication of what took place in open court at the March 19, 2008, status hearing.

      6.      Consequently, because of this apparent miscommunication, Defendant seeks an enlargement of time in which to file his answer and leave to file his answer.

      7.      That any delay in this matter is inadvertent and will not prejudice either party.

      8.      That the Defendant seeks until April 30, 2008 to file his responsive pleading.

      9.      That Defendant requests this Court to vacate any defaults or technical deficiencies entered against Defendant in this matter.

WHEREFORE, Defendant, Charles C. McGregor, respectfully request that this Court enter an order enlarging the time for which Defendant has to file his Answer until April 30, 2008 and vacate any defaults entered against Defendant.

      Respectfully Submitted,

      **Richard J. Reimer & Associates LLC**

      /s/  Keith A. Karlson
      One of Defendant's Attorneys

Keith A. Karlson, Esq.
15 Spinning Wheel Road, Suite 310
Hinsdale, IL 60521
(630) 654-9547 Ph.
(630) 654-9676 Fax