IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | Case No.:    08 C 806 |
| v.    ) | |
| ) | |
| CHARLES C. MC GREGOR,    ) | |
| Defendant.    ) | |

**ORDER**

This matter coming before the Court on Defendant's motion for enlargement of time, with all parties having due and proper notice and with the Court being advised on its premises, the Court hereby orders:

1. Defendant is given until April 30, 2008 to file a responsive pleading to Plaintiff's complaint;

2. All defaults entered against Defendant are hereby vacated.

Entered:    _____, 2008    _____

Hon. Judge Nordberg