IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>v.<br><br>CHARLES C. McGREGOR,<br><br>　　　　　Defendant. | Case No. 1:08-cv-806<br><br>**Honorable Robert W. Gettleman** |

## NOTICE OF MOTION

To:   *Attorneys for Defendant*
　　　Richard J. Reimer　　　　　　　　　　　Keith A. Karlson
　　　Richard J. Reimer & Associates, LLC　　Carlson Law Offices
　　　15 Spinning Wheel Road, Suite 310　　　218 North Jefferson, Suite 101
　　　Hinsdale, IL 60521　　　　　　　　　　Chicago, IL 60661
　　　Tel: (630) 654-9547　　　　　　　　　Tel: (312) 627-1212
　　　Email: rreimer@rjrlaborlaw.com　　　　Email: kkarlson@rjrlaborlaw.com

　　**PLEASE TAKE NOTICE** that on the 18th day of June 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman in Room 1703 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present *Plaintiff Principal Life Insurance Company's Motion to Strike Jury Demand,* a copy of which is attached and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　PRINCIPAL LIFE INSURANCE COMPANY,
　　　　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　　　By:　__/s/ Edna S. Bailey__
　　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Daniel J. McMahon
Rebecca M. Rothmann
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

495903.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 11, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following:

***Attorneys for Defendant***
Richard J. Reimer
Richard J. Reimer & Associates, LLC
15 Spinning Wheel Road, Suite 310
Hinsdale, IL 60521
Tel: (630) 654-9547
Email: rreimer@rjrlaborlaw.com

Keith A Karlson
Carlson Law Offices
218 North Jefferson, Suite 101
Chicago, IL 60661
Tel: (312) 627-1212
Email: kkarlson@rjrlaborlaw.com

Parties may access this filing through the Court's system.

                                                     */s/ Edna S. Bailey*
                                                       Edna S. Bailey