## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 806 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Principal Life Ins.. Co.     Vs     Charles C. McGregor | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to strike jury demand is granted.   Joint status report is due by 7/1/2008. Status hearing is set for 7/10/2008, at 9:00 a.m.

[Docketing to mail  notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|