UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Principal Life Insurance Company
        Plaintiff,

v.              Case No.: 1:08−cv−00806
              Honorable Robert W. Gettleman

Charles C. McGregor
        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement(gds,)Mailed notice.

Dated: July 11, 2008

                     /s/ Robert W. Gettleman

                     United States District Judge