**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Principal Life Insurance Company
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00806
                                                Honorable Robert W. Gettleman

Charles C. McGregor
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

  MINUTE entry before the Honorable Maria Valdez:Magistrate Judge Status hearing held on 8/12/2008. Informal settlement negotiations on going. Status hearing continued to 9/16/2008 at 09:30 a.m.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.